Exhibit A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
                  :

In re:                  :    Case No. 08-13412-BS
                  :

eTOYS DIRECT 1, LLC, *et al.*[1],  :    Chapter 11
                  :

      Debtors.      :    (Jointly Administered)
                  :
                  :

------------------------------------------------------- x

### DECLARATION OF ANDREW I. SILFEN IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF ARENT FOX LLP AS COMMITTEE COUNSEL *NUNC PRO TUNC* TO JANUARY 8, 2009

I, Andrew I. Silfen, hereby declare under penalty of perjury:

1.      I am a partner of the firm of Arent Fox LLP ("Arent Fox"), a law firm which employs approximately 330 attorneys and maintains an office for the practice of law at 1675 Broadway, New York, NY 10019 as well as an office in Washington, DC and Los Angeles, CA.

2.      I am fully familiar with the facts hereinafter stated, and am authorized to make this declaration (the "Declaration") on behalf of Arent Fox. The information contained in this Declaration is of my own personal knowledge or derived from my review of the file in this case.

3.      I submit this Declaration in support of the Application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of eToys Direct 1, LLC, *et al.* (the "Debtors"), to employ and retain Arent Fox as counsel to the Committee *nunc pro tunc* to January 8, 2009 and to provide certain disclosures under Section 327(a) of Title 11 of the United

---

[1]   The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, if applicable, are: eToys Direct 1, LLC (N/A); The Parent Company (7093); BabyUniverse, Inc. (7990); Dreamtime Baby, Inc. (8047); eToys Direct, Inc. (7296); PoshTots, Inc. (8660); eToys Direct 2, LLC (N/A); eToys Direct 3, LLC (N/A); Gift Acquisition, L.L.C. (0297); and My Twinn, Inc (1842).

States Code §§ 101 *et seq.* (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules), and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

4.　　An application to employ Elliott Greenleaf LLP as co-counsel to the Committee will be filed contemporaneously with the Application. Arent Fox and Elliott Greenleaf LLP are co-counsel to the Official Committee of Unsecured Creditors in several other Chapter 11 cases pending in this Court, including, without limitation, Worldspace, Inc. and DHP Holdings II Corporation.

5.　　I, and all attorneys who will work on this matter, have read and are fully familiar with the Bankruptcy Code, the Bankruptcy Rules and the Local Rules, and sufficiently competent to handle whatever might be foreseeably expected of the Committee's counsel in this matter.

6.　　Insofar as I have been able to ascertain, except as described herein, the other partners, counsel and associates of Arent Fox and I are disinterested parties within the meaning of § 101(14) of the Bankruptcy Code, have no interest adverse to and no connections to the Committee, the Debtors' estates, their creditors or any other party in interest herein or their respective attorneys and accountants with respect to matters for which Arent Fox is to be engaged.[2] Although Arent Fox from time to time has represented and in the future may represent

---

[2]　Arent Fox appears in many cases involving a substantial number of creditors and parties-in-interest. Arent Fox is reviewing the parties-in-interest in this proceeding and will make every effort to disclose all connections to these parties as they become known to Arent Fox. Although it is not possible to guarantee that each and every connection is disclosed, Arent Fox will file additional and supplemental disclosure statements in the event Arent Fox becomes aware of any additional connections. In addition, it is possible that some creditors or parties-in-interest herein are creditors or parties-in-interest with *de minimus* interest in other cases in which Arent Fox plays a role.

various entities that are creditors of the Debtors or otherwise had or have an interest in this proceeding in matters wholly unrelated to this proceeding, Arent Fox will not represent those creditors or parties in connection with these Chapter 11 cases.

**Arent Fox's Conflict Check System**

7.     In connection with preparing this affidavit, Arent Fox submitted the names of parties-in-interest in this case (the "Parties-in-Interest") for review in the computerized conflict database system maintained by Arent Fox. The list of the Parties-in-Interest was obtained by Arent Fox from the initial papers filed by the Debtors and other notices and pleadings filed in these cases. Arent Fox maintains and systematically updates its conflict check system in the regular course of business of the firm, and it is the regular practice of the firm to make and maintain these records. The conflict check system maintained by Arent Fox is designed to include every matter on which the firm is now or has been engaged, the entity for which the firm is now or has been engaged, and in each instance, the identity of related parties and adverse parties and the attorney in the firm that is knowledgeable about the matter. It is the policy of Arent Fox that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the conflict check system the information necessary to check each such matter for conflicts, including the identity of the prospective client, as well as related and adverse parties. Accordingly, the database is regularly updated for every new matter undertaken by Arent Fox.

8.     The Parties-in-Interest which Arent Fox submitted to its conflict database include:

   a.   The Debtors and the Debtors' known officers and directors;

   b.   The members of the Committee and their counsel;

   c.   The forty largest unsecured creditors of the Debtors as listed on the petitions;

   d.   Known equity holders;

e.  The professionals that the Debtors sought authority to employ in these Chapter 11 cases;

f.  Any non-Debtor subsidiaries and affiliates and significant shareholders;

g.  The DIP lenders and DIP lenders' counsel;

h.  Parties to major contracts/unexpired leases with the Debtors;

i.  Parties to major lawsuits with the Debtors; and

j.  Other interested or related parties.

9.  A list of the names of those Parties-in-Interest described above were submitted to the conflict check system and is attached hereto as Exhibit 1.

**Arent Fox's Relationship With Parties-In-Interest In Unrelated Matters**

10.  Exhibit 2 contains a list of the Parties-in-Interest or their affiliates that Arent Fox has represented, currently represents, is or were adverse to, or have other connections in matters wholly unrelated to the Debtors and their estates. As disclosed in Exhibit 2, Arent Fox and its partners, counsel, and associates have in the past represented, currently represent, and may in the future represent entities that are creditors of the Debtors, or other parties-in-interest in the Debtors' Chapter 11 cases, in matters unrelated to these cases. Arent Fox has not, and will not, represent any individual creditors of the Debtors or other parties-in-interest in connection with the Debtors or these cases, or have any relationship with any such entity which would be adverse to the Debtors or their estates.

11.  Further, Arent Fox appears in cases, proceedings and transactions involving a substantial number of different attorneys, accountants, financial consultants and investment bankers, some of which now or may in the future represent creditors or Parties-In-Interest in these cases.

12.     Clear Thinking Group, LLC ("CTG") is engaged as financial advisor to the Debtors in these Chapter 11 cases. Arent Fox has been retained in many bankruptcy cases where CTG or its officers and employees also are involved. Arent Fox represents and in the past represented liquidating or similar trusts that CTG or its officers act as the trustee of. Arent Fox represents and in the past represented creditors committees where CTG acted as a representative for one or more creditors on that creditors committee, or acted as a proxy or agent for one or more creditors (either on the creditors committee or not appointed to creditors committee). Arent Fox and CTG also have been involved in bankruptcy cases at the same time, representing different parties-in-interest. Arent Fox and CTG, as well as certain of their partners and officers, are each involved in certain litigation. Following is information on certain of the cases in which Arent Fox and CTG (including certain of their partners and officers) are currently involved in. Arent Fox previously represented the Official Committee (the "Cross Media Committee") of Unsecured Creditors of Cross Media Marketing Corp., an unrelated Chapter 11 case in the Southern District of New York, Chapter 11 Case No. 03-17903(BRL). CTG represented a member of the Cross Media Committee. CTG was appointed as unsecured trust administrator in the Cross Media case. Arent Fox represents CTG in that capacity. Arent Fox previously represented the Official Committee (the "Airway Committee") of Unsecured Creditors of Airway Industries, Inc., an unrelated Chapter 11 case in the Western District of Pennsylvania, Chapter 11 Case No. 06-20224 (JKF). CTG represented a member of the Airway Committee. CTG was appointed as Liquidating Trustee in the Airway case. Arent Fox represents CTG in that capacity. Arent Fox previously represented the Official Committee (the "North Bay Committee") of Unsecured Creditors of North Bay General Hospital, Inc., an unrelated Chapter 11 case in the Southern District of Texas, Chapter 11 Case Nos. 05-32121 and 08-20368. CTG

represented a member of the North Bay Committee. Arent Fox later represented the unsecured creditor agent in the North Bay cases. Arent Fox and CTG are each involved in certain litigation in the North Bay cases. Arent Fox previously represented the Official Committee (the "Lantis Committee") of Unsecured Creditors of Lantis Eyewear, Corporation (n/k/a Sitnal Inc.), an unrelated Chapter 11 case in the Southern District of New York, Chapter 11 Case No. 04-13589 (ALG). CTG represented a member of the Lantis Committee. CTG was appointed as Liquidating Trustee in the Lantis case. Arent Fox represents CTG in that capacity. Arent Fox previously represented the Official Committee (the "Dexterity Committee") of Unsecured Creditors of Dexterity Surgical Inc., an unrelated Chapter 11 case in the Southern District of Texas, Chapter 11 Case No. 04-35817. CTG represented a member of the Dexterity Committee. CTG was appointed as Committee Representative in the Dexterity case. Arent Fox represents CTG in that capacity. Arent Fox previously represented the Official Committee (the "Tactica Committee") of Unsecured Creditors of Tactica International, Inc., an unrelated Chapter 11 case in the Southern District of New York, Chapter 11 Case No. 04-16805(BRL). CTG represented a member of the Tactica Committee. CTG was appointed as Creditor Trustee in the Tactica case. Arent Fox represents CTG in that capacity. The information above does not include several cases in which Arent Fox and CTG were previously involved, but that are now either closed or the engagement is concluded.

13. Steven D. Sass and RMS acts as a representative of UPS, an unsecured creditor and member of the Committee in these Chapter 11 cases. Arent Fox represents parties in several cases in which Mr. Sass and/or RMS act in various capacities, including without limitation the following: Arent Fox previously represented the Official Committee (the "AMS Committee") of Unsecured Creditors of AMS Health Sciences, Inc., an unrelated Chapter 11 case in the Western

District of Oklahoma, Chapter 11 Case No. 07-14678. Steven Sass represented United Parcel Service, a member of the AMS Committee. Steven D. Sass LLC was appointed as plan trustee in the AMS case. Arent Fox represents him in that capacity. Arent Fox also represented the Official Committee (the "Fieldstone Committee") of Unsecured Creditors of Fieldstone Mortgage Company, an unrelated Chapter 11 case in the District of Maryland, Chapter 11 case No. 07-21814-JFS. Steven Sass was chair of the Fieldstone Committee and Steven D. Sass LLC currently serves as post-confirmation litigation trustee. Arent Fox does not represent Steven D. Sass LLC in that capacity. Arent Fox's engagement has ended in Fieldstone. Arent Fox also represents the Official Committee (the "Luminent Committee") of Unsecured Creditors of Luminent Mortgage Capital, Inc., et al., an unrelated Chapter 11 case, in the District of Maryland, Chapter 11 case No. 08-21389-DK. Steven Sass is the representative of Committee member, Bowne & Co., Inc. on the Luminent Committee. Arent Fox represents the Creditor Trustee or similar person in the following cases, as described in paragraph 12 above. In those cases Mr. Sass and RMS represented defendants in certain litigation, each of which were adverse to Arent Fox. Arent Fox represents the Official Committee (the "Creative Committee") of Unsecured Creditors of Creative Group, Inc., et al., an unrelated Chapter 11 case in the Southern District of New York, Chapter 11 case No 08-10975 (RDD). RMS may be retained by the Creative Committee to provide certain services. Arent Fox represents the Official Committee of Unsecured Creditors of DHP Holdings II Corporation, et al., an unrelated Chapter 11 case in the District of Delaware, Chapter 11 Case No. 08-13422 (MFW). The Debtors may retain RMS to provide certain services.

14.     Dr. Haishan Liu of US-China Assets Management USA, LLC acts as a U.S. representative of Madd International and Zhejiang Xinyun, both of which are unsecured creditors

and members of the Committee in these Chapter 11 cases. Arent Fox represents US-China Assets Management USA, LLC in certain non-bankruptcy matters. Arent Fox also represents parties in several cases in which Dr. Haishan Liu and/or US-China Assets Management USA, LLC act in various capacities, including without limitation the following: Arent Fox represents the Official Committee (the "International Home Committee") of Unsecured Creditors of International Home Fashions, Inc., an unrelated Chapter 11 case in the Western District of North Carolina, Chapter 11 Case No. 08-10434 (GRH). US-China Assets Management USA, LLC serves as the US representative of Sunrise Textile and Interman, both members of the International Home Committee. Arent Fox represents the Official Committee (the "Sababa Committee") of Unsecured Creditors of Sababa Group, Inc., an unrelated Chapter 11 case in the Southern District of New York, Chapter 11 Case No. 01-10975 (RDD). US-China Assets Management USA, LLC serves as the US representative of Shen Zhen Xinyinhai Electronic Co., Ltd. and Deyi Mould Factory, both members of the Sababa Committee. Arent Fox also represents several unsecured trade creditors in the Chapter 11 cases of Shapes/Arch Holdings L.L.C., an unrelated Chapter 11 case in the District of New Jersey, Chapter 11 case No. 08-14631-GMB. US-China Assets Management USA, LLC serves as the US representative of these same unsecured trade creditors in the Shapes/Arch Chapter 11 cases.

15. Because of the large number of bankruptcy cases that Arent Fox appears in and the large number of parties that appear in such cases, it may not be possible to ensure that each and every matter in which Arent Fox and either CTG, Steven D. Sass, RMS, Dr. Haishan Liu or US-China Assets Management USA, LLC also appear or represent a party. Arent Fox and CTG are not parties to any understanding, agreement or fee sharing arrangement. Arent Fox has merely appeared in many of the same bankruptcy cases as CTG, Steven D. Sass, RMS, Dr.

Haishan Liu or US-China Assets Management USA, LLC, and, in an abundance of caution, is disclosing such, with as much information as is reasonably possible to the Court.

16. Arent Fox has not agreed to share (a) any compensation it may receive with another party or person, other than with the partners and associates of Arent Fox, or (b) any compensation another person or party has received or may receive.

17. Arent Fox agrees to charge, subject to this Court's approval in accordance with Section 330(a) of the Bankruptcy Code, the firm's standard hourly rates for work of this nature and for this type of matter, plus its customary reimbursements as charged to bankruptcy and non-bankruptcy clients. Arent Fox professionals and para-professionals presently are billed as follows:

| | |
|---|---|
| Partners: | $465 - $840 |
| Of Counsel: | $465 - $760 |
| Associates: | $290 - $540 |
| Paraprofessionals: | $150 - $270 |

18. The rates set forth above are subject to periodic review and adjustment and are set at a level designed to fairly compensate Arent Fox for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. Generally, the rates are subject to an increase at the beginning of each calendar year. It is Arent Fox's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone, telecopier and other charges, mail and express and overnight mail charges, special or hand delivery charges, photocopying charges, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime. Arent Fox will charge the Debtors' estates for these expenses in a manner and at rates consistent with charges

made generally to Arent Fox's other clients. Arent Fox believes that it is fairer to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients. Arent Fox will seek reimbursement of its expenses as allowed pursuant to the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and Orders of this Court.

19.     Arent Fox did not receive a retainer with respect to its representation of the Committee.

20.     Arent Fox will not represent any entity other than the Committee in these Chapter 11 cases.

21.     Based upon the information available to me, and except as otherwise described herein, Arent Fox holds no interest adverse to the Committee, the Debtors, their estates or their creditors as to the matters in which it is to be employed. I believe that Arent Fox is a "disinterested person" as defined in Section 101(14) of the Bankruptcy Code. I know of no reason why Arent Fox cannot act as attorneys for the Committee. The foregoing constitutes the statement of Arent Fox pursuant to Section 327 of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure.

22.     I declare under penalty of perjury that the foregoing is true and correct. Executed this _12_ day of February 2009, at New York, New York.

Andrew I. Silfen

Twin Panda
UPS Inc
UPS SCS Basic Service
Yorkville Advisors LLC

## Parties to Major Lawsuits and Adversary Proceedings
Action Packaged Inc. (Plaintiff)
Diane Engen (Plaintiff)
Dennco Inc. (Plaintiff)
James Dennison (Plaintiff)
Erik Charles Womack (Plaintiff)
Tiffany M. Hood (Plaintiff)
Asbestos Disease Awareness Organization, A Non-Profit California Corporation (Plaintiff)
Popular Club (Plaintiff)
Federal Trade Commission (Plaintiff)
Office of the Attorney General State of Illinois (Plaintiff)
Jerry Olszenka (Plaintiff)
Baby Supermall, LLC (Plaintiff)
Getty Images (Plaintiff)
Fobis Technologies, Inc. (Plaintiff)
Courtney Sanchez (Plaintiff)
Law Offices of Joseph E. Burns, P.A. (Plaintiff)
Matwiczyk & Brown, LLP (Plaintiff)
Lorraine Maldonado (Plaintiff)
Pam Brown (Plaintiff)

## Potential Bidder/Purchaser of Debtors' Assets
SDI Technololgies

**EXHIBIT 2**[4]

| **Party Searched** | **Arent Fox Relationship** | **Relationship to Debtors** |
|---|---|---|
| The CIT Group | Current Adverse; Former Adverse; Current and Former Interested Party | DIP Lender |
| Laminar Direct Capital, L.L.C. | Current Adverse | DIP Lender |
| D.E. Shaw Laminar Acquisition Holdings 3, LLC | (D.E. Shaw Entities) - Current Client; Current Adverse; Former Adverse; Current and Former Interested Party | DIP Lender; Debtors' Significant Shareholder |
| Klee, Tuchin, Bogdanoff & Stern LLP | Counsel to Current Adverse | DIP Lenders' Counsel |
| Laura Davis Jones | Current Adverse | Debtors' Counsel |
| Pachulski Stang Ziehl & Jones LLP | Counsel to Current Adverse | Debtors' Counsel |
| Clear Thinking Group, LLC ("CTG") | Current and Former Client. See paragraph 11 *supra* for detailed description of extent of relationships. | Debtors' Professional |
| Holland & Knight | Current Adverse; Former Client; Former Client-Friendly | Other Counsel |
| Michael L. Tuchin | Current Adverse | DIP Lenders' Counsel |
| Daniel J. Defranceschi | Current Client-Friendly | DIP Lenders' Counsel |
| Richards Layton & Finger | Current Adverse; Current Interested Party; Former Client | DIP Lenders' Counsel |
| Citicorp Leasing, Inc. | Current Co-Party; Current Adverse; Current Interested Party; Former Client; Former Client-Friendly; Former Adverse; Former Interested Party | Secured Creditor |

---

[4] Party relationships are classified as: (i) Client; (ii) Former Client (no active matters are attributed to the client because all amounts have been billed and the entity or individual is no longer considered a client); (iii) Adverse; (iv) Interested Party (a party that is not a Client, a Former Client, Client Friendly or Adverse) or (v) Client Friendly (a party who refers a client to Arent Fox; an affiliate of the client; possibly an officer or party who is not adverse to the client; or a party who is generally aligned with the Arent Fox client).

| Party Searched | Arent Fox Relationship | Relationship to Debtors |
|---|---|---|
| UPS, UPS Expedited Mail Services | (Includes UPS and United Parcel Service) Former Client-Friendly; Current Adverse; Former Adverse; Current and Former Interested Party; Current Client Friendly; Also see paragraph 12 *supra* for detailed description of extent of relationship, as related to Steven D. Sass and RMS. | Committee Member; Top 40 Unsecured Creditor |
| Google Inc. | Current Client; Current Client of Client; Former Client-Friendly; Current Adverse; Former Adverse; Current and Former Interested Party | Top 40 Unsecured Creditor |
| Ernst & Young LLP | Former Client; Former Client-Friendly; Former Adverse; Former Interested Party | Top 40 Unsecured Creditor |
| Baker & Taylor | Current Interested Party | Top 40 Unsecured Creditor |
| Hasbro Toy Group | (Includes Hasbro, Inc.) Current Client; Current Adverse; Former Adverse | Top 40 Unsecured Creditor |
| Yahoo! Search Marketing | (Includes Yahoo!) Former Client; Current Adverse; Former Adverse; Current and Former Interested Party | Top 40 Unsecured Creditor |
| Jakks Pacific, Inc. | Current Adverse | Top 40 Unsecured Creditor |
| Radio Flyer, Inc. | Former Adverse | Top 40 Unsecured Creditor |
| DHL Express (USA) Inc. | Current Adverse; Former Adverse; Current and Former Interested Party | Top 40 Unsecured Creditor |

| Party Searched | Arent Fox Relationship | Relationship to Debtors |
|---|---|---|
| Learning Resources, Inc. | Potential Client | Top 40 Unsecured Creditor |
| Rafael X. Zahralddin-Aravena | Current Interested Party; Current Counsel to Client and Client Friendly[5] | Committee Counsel |
| Neil R. Lapinski | Current Interested Party; Current Client Friendly[6] | Committee Counsel |
| Elliott Greenleaf | Current Counsel to Interested Party; Current Counsel to Client Friendly[7] | Committee Counsel |
| Delaware Secretary of State | Current Adverse; Current Interested Party; Former Adverse | Unsecured Creditor |
| Internal Revenue Service | Current Adverse; Former Adverse; Current and Former Interested Party | Unsecured Creditor |
| Regina Adams | (Regina Robinson Adams) Current Client-Friendly | Unsecured Creditor |
| Alexander Ellis | Current Interested Party | Unsecured Creditor |
| Jerry Jones | Current Client-Friendly | Unsecured Creditor |
| Robert Long | (Robert M. Long) Current Adverse | Unsecured Creditor |
| Colorado Department of State | Current Client-Friendly; Current Interested Party | Unsecured Creditor |
| Commonwealth of Massachusetts | Current Client-Friendly; Current Adverse; Former Client-Friendly; Former Adverse; Current and Former Interested Party | Unsecured Creditor |

---

[5]    In addition to these Chapter 11 cases, Arent Fox and Elliot Greenleaf are co-counsel to the Official Committee of Unsecured Creditors in several Chapter 11 cases pending in this Court, including, without limitation, Worldspace, Inc. and DHP Holdings II Corporation.

[6]    In addition to these Chapter 11 cases, Arent Fox and Elliot Greenleaf are co-counsel to the Official Committee of Unsecured Creditors in several Chapter 11 cases pending in this Court, including, without limitation, Worldspace, Inc. and DHP Holdings II Corporation.

[7]    In addition to these Chapter 11 cases, Arent Fox and Elliot Greenleaf are co-counsel to the Official Committee of Unsecured Creditors in several Chapter 11 cases pending in this Court, including, without limitation, Worldspace, Inc. and DHP Holdings II Corporation.

| Party Searched | Arent Fox Relationship | Relationship to Debtors |
|---|---|---|
| Commonwealth of Massachusetts Department of Revenue | Current Client-Friendly; Current Adverse; Current Interested Party; Former Adverse | Unsecured Creditor |
| State of Maryland | Current Client-Friendly; Current Adverse; Current Other; Former Client-Friendly; Former Adverse | Unsecured Creditor |
| Government of District of Columbia | Current Client-Friendly; Current Adverse; Former Client-Friendly; Former Adverse; Current and Former Interested Party | Unsecured Creditor |
| Department of Homeland Security | Current Client-Friendly; Current Adverse; Current Interested Party; Former Adverse | Unsecured Creditor |
| Florida Department of Revenue | Current Client Friendly; Current Adverse; Former Adverse; Current and Former Interested Party | Unsecured Creditor |
| California Franchise Tax Board | Current Adverse; Current Interested Party | Unsecured Creditor |
| Georgia Department of Revenue | Current Client-Friendly; Current Adverse; Former Adverse; Current and Former Interested Party | Unsecured Creditor |
| Hawaii State Tax Collector | Current Client-Friendly | Unsecured Creditor |
| Indiana Department of Revenue | Current Interested Party | Unsecured Creditor |
| Kansas Department of Revenue | Current Client-Friendly | Unsecured Creditor |
| Missouri Department of Revenue | Current Client-Friendly, Current Interested Party | Unsecured Creditor |
| Nebraska Department of Revenue | Current Client-Friendly | Unsecured Creditor |
| New York State Department of Taxation and Finance | Current Adverse; Former Adverse; Current Interested Party | Unsecured Creditor |

| Party Searched | Arent Fox Relationship | Relationship to Debtors |
|---|---|---|
| Ohio Department of Taxation | Current Client-Friendly; Current Adverse; Former Adverse | Unsecured Creditor |
| Oklahoma Tax Commission | Current Client-Friendly | Unsecured Creditor |
| South Carolina Department of Revenue | Current Client-Friendly | Unsecured Creditor |
| South Dakota Department of Revenue & Regulation | Current Client-Friendly | Unsecured Creditor |
| California State Board of Equalization | Current Client-Friendly; Current Adverse; Former Adverse; Current Interested Party | Unsecured Creditor |
| State of Louisiana Department of Revenue | Current Client-Friendly | Unsecured Creditor |
| State of Washington Department of Revenue | Current Adverse; Former Adverse; Current Interested Party | Unsecured Creditor |
| Mississippi State Tax Commission | Current Client-Friendly; Current Adverse; Former Adverse | Unsecured Creditor |
| Tennessee Department of Revenue | Current Client-Friendly; Current Adverse | Unsecured Creditor |
| U.S. Customs and Border Protection | Current Adverse; Former Adverse; Former Interested Party | Unsecured Creditor |
| Utah State Tax Commission | Current Client-Friendly | Unsecured Creditor |
| Vermont Department of Taxes | Current Other | Unsecured Creditor |
| Virginia Department of Taxation | Current Client-Friendly; Current Adverse; Former Adverse; Current and Former Interested Party | Unsecured Creditor |
| Wisconsin Department of Revenue | Current Adverse; Former Adverse | Unsecured Creditor |
| American Express Travel Related Services | Former Client; Former Client-Friendly; Former Adverse; Current Interested Party | Party to Executory Contract/Unexpired Lease |

| **Party Searched** | **Arent Fox Relationship** | **Relationship to Debtors** |
|---|---|---|
| Army & Air Force Exchange Service | Former Adverse | Party to Executory Contract/Unexpired Lease |
| Banc of America | (Bank of America) Current Client; Current Client-Friendly; Former Co-Party; Current Adverse; Current Interested Party; Former Client; Former Co-Party; Former Client-Friendly; Former Co-Party; Former Adverse; Former Interested Party | Party to Executory Contract/Unexpired Lease |
| Buy.com | Former Client | Party to Executory Contract/Unexpired Lease |
| Chase | Current Client; Current Client-Friendly; Current Interested Party; Current Adverse; Current Co-Party; Former Client; Former Interested Party; Former Adverse | Party to Executory Contract/Unexpired Lease |
| Embarq Corporation | Current Adverse; Current Interested Party | Party to Executory Contract/Unexpired Lease Party to Executory Contract/Unexpired Lease |
| Gift Certificate Center, Inc. (d/b/a/ Hallmark Insights) | Former Adverse | Party to Executory Contract/Unexpired Lease |
| Liberty Property Limited Partnership | Former Adverse | Party to Executory Contract/Unexpired Lease |
| MCI | Current Client-Friendly; Current Interested Party; Current Adverse; Former Client-Friendly; Former Adverse; Former Interested Party; Former Co-Party | Party to Executory Contract/Unexpired Lease |
| Oracle Corporation | Current Interested Party; Current Adverse; Former Client; Former Client-Friendly; Former Adverse; Former Interested Party | Party to Executory Contract/Unexpired Lease |

| Party Searched | Arent Fox Relationship | Relationship to Debtors |
|---|---|---|
| Quixtar, Inc. | Current Client-Friendly | Party to Executory Contract/Unexpired Lease |
| Sun Microsystems, Inc. | Current Adverse; Current Interested Party; Former Client; Former Adverse; Former Interested Party | Party to Executory Contract/Unexpired Lease |
| The Staubach Company | Current Adverse; Former Adverse | Party to Executory Contract/Unexpired Lease |
| WeddingChannel.com Inc. | Former Client; Former Other | Party to Executory Contract/Unexpired Lease |
| Cummings Properties | Current Other; Former Adverse | Party to Executory Contract/Unexpired Lease |
| Hale and Dorr LLP | Current Adverse; Former Client; Former Client-Friendly; Former Adverse | Party to Executory Contract/Unexpired Lease |
| Pitney Bowes | Current Client-Friendly; Current Adverse; Current Interested Party; Former Client; Former Interested Party; Former Adverse | Party to Executory Contract/Unexpired Lease |
| ADT Security Services | Current Adverse; Current Interested Party; Former Interested Party | Party to Executory Contract/Unexpired Lease |
| Akamai Technologies | Current Adverse | Party to Executory Contract/Unexpired Lease |
| Carolina Casualty Insurance Comp. | Former Adverse | Party to Executory Contract/Unexpired Lease |
| Circuit City Stores, Inc. | Current Adverse; Former Adverse | Party to Executory Contract/Unexpired Lease |
| Chubb Group Insurance Comp. | Current Client; Current Client-Friendly; Current Adverse; Current Interested Party; Former Client; Former Client-Friendly; Former Adverse; Former Co-Party; Former Other | Party to Executory Contract/Unexpired Lease |
| Commerce Technologies | Current Interested Party | Party to Executory Contract/Unexpired Lease |

| Party Searched | Arent Fox Relationship | Relationship to Debtors |
|---|---|---|
| Comsys | Former Interested party | Party to Executory Contract/Unexpired Lease |
| Double Click | Former Client | Party to Executory Contract/Unexpired Lease |
| Earthlink | Current Adverse; Former Adverse; Former Other | Party to Executory Contract/Unexpired Lease |
| Easylink Services International Corp. | Current Adverse; Current Interested Party; Former Adverse | Party to Executory Contract/Unexpired Lease |
| FedEx Corporate Services Inc. FedEx Smart Post, Inc | Current Client; Current Client-Friendly; Current Adverse; Former Adverse; Former Client-Friendly; Current and Former Interested Party | Party to Executory Contract/Unexpired Lease |
| ICG Level 3-Level 3 Communications, LLC | Former Client; Former Adverse; Former Interested Party | Party to Executory Contract/Unexpired Lease |
| Merchandise Mart Properties, Inc. | Current Client-Friendly; Former Client-Friendly | Party to Executory Contract/Unexpired Lease |
| Merchandise Mart | (Miami International Merchandise Mart) Former Adverse | Party to Executory Contract/Unexpired Lease |
| Qwest | Current Client; Current Client-Friendly; Current Adverse; Current Interested Party; Former Client: Former Adverse; Former Interested Party | Party to Executory Contract/Unexpired Lease |
| Sandell Asset Management Corp. | Former Client-Friendly | Party to Executory Contract/Unexpired Lease |
| The Hartford | Current Adverse | Party to Executory Contract/Unexpired Lease |
| Aon Risk Services, Inc. | Current Client-Friendly; Current Adverse; Current Interested Party; Former Interested Party | Party to Executory Contract/Unexpired Lease |

| Party Searched | Arent Fox Relationship | Relationship to Debtors |
|---|---|---|
| Federal Trade Commission | Current Adverse; Former Client-Friendly; Former Adverse; Former Interested Party | Party to Major Lawsuit/Adversary Proceeding |
| Law Offices of Joseph E. Burns, P.A. | Former Adverse | Party to Major Lawsuit/Adversary Proceeding |
| United Parcel Services | Current Client-Friendly; Current Adverse; Current Interested Party; Former Adverse; Former Interested Party | Committee Member; Top 40 Unsecured Creditor |
| RMS | (RMS) Current Client-Friendly; (RMS & Assoc. Inc) Former Client; (SASC/RMS) Former Adverse; (RMS Technology) Former Adverse; (RMS Electronic Systems) Current Client-Friendly; Also See paragraph 12 *supra* for detailed description of extent of relationship. | Representative of Committee Member |
| Steven D. Sass | See paragraph 12 *supra* for detailed description of extent of relationship. | Representative of Committee Member |
| Haishan Liu | See paragraph 13 *supra* for detailed description of extent of relationship. | Representative of Committee Member |
| Godfrey & Kahn S.C. | Former Client-Friendly | Committee Member Counsel |
| Richard G. Hardy | Former Adverse | Committee Member Counsel |
| Michael S. Tucker | (Michael Tucker) Current Interested Party | Committee Member Counsel |
| SDI Technologies | Current Client | Potential Bidder/Purchaser |