## EXHIBIT B

<u>Committee Co-Chairs</u>

United Parcel Service, c/o RMS
Attn: Roger Cassi, represented by Steven D. Sass
307 International Circle, Suite 270
Hunt Valley, MD 21030

The Step2 Company LLC
Attn: Nancy A. Shaw
10010 Aurora-Hudson Road
Streetsboro, OH 44241

<u>Members of the Committee</u>

Quad/Graphics, Inc.
Attn: Patricia A. Rydzik
N63 W23075 State Hwy. 74
Sussex, WI 53089-2827

Zheijang Xinyun Wood Industry Group
Attn: Haishan Liu/Cheng Yun Chang
No. 378 Zhongshan Road
Yunhe County
Zhejiang, China

MADD International, Ltd.
Attn: Jocelyn Hsu
2/F RM: 202 Mirror Tower
61 Mondy Road
T.S.T. Kowloon, Hong Kong

National Products, Ltd.
Attn: Gregg Adelsheimer/Wendy Wong
385 S. Lemon Ave. #E176, 385 S.
Walnut, CA 91789

Chicco USA, Inc.
Attn: Danielle Smultek
1835 Freedom Road
Lancaster, PA 17601