# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **eTOYS DIRECT 1, LLC et al.[1]**, | : | **Case No. 08-13412 (BLS)** |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |
| | : | Hearing Date: 3/10/09 at 10:00 a.m. |
| | : | Obj. Deadline: 3/3/09 at 4:00 p.m. |
| | : | |

## NOTICE OF APPLICATION FOR ORDER PURSUANT TO, *INTER ALIA*, 11 U.S.C. §§ 328(a), 504 AND 1103(a) OF THE BANKRUPTCY CODE AUTHORIZING EMPLOYMENT AND RETENTION OF ARENT FOX LLP AS OF JANUARY 8, 2009 AS COMMITTEE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

TO:     (I) The above captioned Debtors; (II) Counsel to the Debtors; (III) the Office of the United States Trustee for the District of Delaware; (IV) Proposed Counsel for the Official Committee of Unsecured Creditors; (V) Counsel to D.E. Shaw Laminar Capital Portfolios; and (VI) All parties required to receive service under Rule 2002-1(b) of the Local Rules.

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors of the above captioned Debtors have filed this Application for Order Pursuant to, Inter Alia, 11 U.S.C. §§ 328(a), 1103(a) and 1103(b) of the Bankruptcy Code Authorizing Employment and Retention of Elliott Greenleaf Effective as of January 8, 2009, as Delaware and Conflicts Counsel to the Official Committee Of Unsecured Creditors (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Motion must be filed on or before **March 3, 2009 at 4:00 p.m. (prevailing Eastern Time)** with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 Market Street, Wilmington, Delaware 19801. At the same time, you must also serve a copy of any responses or objection upon the undersigned attorneys.

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, if applicable, are: eToys Direct 1, LLC (N/A); The Parent Company (7093); BabyUniverse, Inc. (7990); Dreamtime Baby, Inc. (8047); eToys Direct, Inc. (7296); PoshTots, Inc. (8660); eToys Direct 2, LLC (N/A); eToys Direct 3, LLC (N/A); Gift Acquisition, L.L.C. (0297); and My Twinn, Inc (1842).

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion, if necessary, shall be held before the Honorable Brendan L. Shannon on **March 10, 2009 at 10:00 a.m. (prevailing Eastern Time)** at the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSES OR OBJECTIONS ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, AN ORDER MAY BE ENTERED GRANTING THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.

Dated: February 13, 2009          **ELLIOTT GREENLEAF**
      Wilmington, Delaware

Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Neil R. Lapinski (DE Bar No. 3645)
1000 West Street, Suite 1440
Wilmington, Delaware 19899
Telephone: (302) 384-9400
Facsimile: (302) 656-3714
Email: rxza@elliottgreenleaf.com
Email: nrl@elliottgreenleaf.com

      and

Schuyler G. Carroll
Robert M. Hirsh
Adrienne W. Blankley
1675 Broadway
New York, New York 10019
Tel: (212) 484-3900
Fax: (212) 484-3990

*Proposed Delaware and Conflicts Counsel for the Official Committee of Unsecured Creditors*