# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| eTOYS DIRECT 1, LLC, *et al*[1]., | Case No. 08-13412 (BLS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. ___ |

## CERTIFICATE OF SERVICE

I, Rafael X. Zahralddin-Aravena, Esquire, Delaware and conflicts counsel to the Official Committee of Unsecured Creditors, hereby certify that I caused a copy of the Application for an Order Pursuant to Bankruptcy Code Sections 328(a), 1103(a) and 1103(b) Authorizing the Employment and Retention *Nunc Pro* Tunc of Arent Fox LLP as of January 8, 2009 as Committee Counsel to the Official Committee of Unsecured Creditors to be served on February 13, 2009 via hand delivery on all local parties and via U.S. First Class Mail upon the remaining parties listed on the attached service list.

DATED: February 13, 2009　　　ELLIOTT GREENLEAF

　　　　　　　　　　　　　　　　Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
　　　　　　　　　　　　　　　　*Proposed Delaware Counsel for the Official
　　　　　　　　　　　　　　　　Committee of Unsecured Creditors*

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, if applicable, are: eToys Direct 1, LLC (N/A); The Parent Company (7093); BabyUniverse, Inc. (7990); Dreamtime Baby, Inc. (8047); eToys Direct, Inc. (7296); PoshTots, Inc. (8660); eToys Direct 2, LLC (N/A); eToys Direct 3, LLC (N/A); Girt Acquisition, LLC (0297); and My Twinn, Inc. (1842).

**First Class Mail**
Jeffrey W. Dulberg
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
(Counsel for the Debtors)

**Hand Delivery**
Ellen W. Slights, Esq.
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801
(United States Attorney)

**First Class Mail**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

**First Class Mail**
Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC 20220

**Hand Delivery**
Laura Davis Jones, Esquire
Michael Seidl, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(Counsel for the Debtors)

**Hand Delivery**
David Buchbinder, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801
(United States Trustee)

**Hand Delivery**
Daniel J. DeFranceschi, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(Counsel for DE Shaw)

**First Class Mail**
Michael B. Mukasey, Esq.
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
(United States Attorney General)

**First Class Mail**
Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

**First Class Mail**
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326

**First Class Mail**
Attn: Insolvency
District Director
Internal Revenue Service
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

**First Class Mail**
Michael A. Berman, Esq.
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, N.E.
Washington, DC 20549

**First Class Mail**
Mark Schonfeld, Esq.
Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022

**First Class Mail**
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC 20005-4026

**First Class Mail**
Matthew Berry, Esq.
Office of General Counsel
Federal Communications Commission
445 12th Street, S.W.
Washington, DC 20554

**First Class Mail**
David Ruediger, Esquire
Barry R. Smith, Esquire
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199-7613
(Counsel for The CIT Group/Business Credit Inc.)

**First Class Mail**
Michael L. Tuchin, Esquire
Daniel J. Bussel, Esquire
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067-6049
(Counsel for DE Shaw)

**First Class Mail**
Laminar Direct Capital, L.L.C.
10000 Memorial Drvie, Suite 500
Houston, TX 77024
(Secured Creditor)

**First Class Mail**
The CIT Group/Business Credit Inc.
300 S. Grand Avenue
Los Angeles, CA 90071
(Secured Creditor)

**First Class Mail**
Citicorp Leasing, Inc.
450 Mamaroneck Ave.
Harrison, NY 10528
(Secured Creditor/UCC Filed)

**First Class Mail**
Crown Credit Company
40 S. Washington Street
New Bremen, OH 45869
(Secured Creditor/UCC Filed)

**First Class Mail**
CitiCapital Technology Finance, Inc.
1255 Wrights Lane
West Chester, PA 19380
(Secured Creditor/UCC Filed)

**First Class Mail**
Hercules Technology Growth Capital, Inc.
400 Hamilton Avenue, Suite 310
Palo Alto, CA 94301
(Secured Creditor/UCC Filed)

**First Class Mail**
Heller Financial Leasing, Inc.
500 West Monroe Street
Chicago, IL 60661
(Secured Creditor/UCC Filed)

**First Class Mail**
Sun Microsystems Finance
10 Riverview Drive
Danbury, CT 06810
(Secured Creditor/UCC Filed)

**First Class Mail**

Finzer Leasing Inc.
11001 E. 51st Ave.
Denver, CO 80239
(Secured Creditor/UCC Filed)

**First Class Mail**
CIT Technology Financing Services, Inc.
4600 Touchton Rd. E
Jacksonville, FL 32246
(Secured Creditor/UCC Filed)

**First Class Mail**
Timothy F. Nixon, Esquire
Jennifer B. Herzog, Esquire
Godfrey & Kahn, S.C.
780 North Water Street
Milwaukee, WI 53202
(Counsel for Quad/Graphics, Inc.)

**First Class Mail**
Porta Power Inc.
1717 E. 39th Ave.
Denver, CO 80205
(Secured Creditor/UCC Filed)

**First Class Mail**
John J. Monaghan, Esquire
Lynne b. Xerras, Esquire
Diane N. Rallis, Esquire
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
(Counsel for Toy State International Limited)

**First Class Mail**
Richard G. Hardy, Esquire
Michael S. Tucker, Esquire
Matthew A. Salerno, Esquire
Ulmer & Berne LLP
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113
(Counsel for Step2 Company, LLC)

**First Class Mail**
(J. Scott Douglass, Unsecured creditor)
Mr. J. Scott Douglass
909 Fannin, Suite 1800
Houston, TX 77010

**First Class Mail**
Jim Shephard, Esquire
Pohl & Short, P.A.
P.O. Box 3208
Winter Park, FL 32790
(Counsel for Tower Realty Asset Management, Inc.)

**First Class Mail**
(Secured Creditor/UCC Filed)
Cummings Properties, LLC
200 West Cummings Park
Woburn, MA 01915

**First Class Mail**
Shelly Crocker, Esquire
Crocker Kuno PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
(Counsel for drugstore.com, inc.)

**Hand Delivery**
Brett D. Fallon, Esquire
Morris James
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(Counsel for drugstore.com, inc.)