# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

----------------------------------------------------- x
:   Case No. 08-13412-BS
:
In re:                                              :   Chapter 11
:
eTOYS DIRECT 1, LLC, *et al.*,[1]         :   (Jointly Administered)
:
                Debtors.         :
----------------------------------------------------- x

## ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF ARENT FOX LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO JANUARY 8, 2009

Upon the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of eToys Direct 1, LLC, *et al* (the "Debtors"), for entry of an order authorizing the employment and retention of Arent Fox LLP ("Arent Fox") as counsel to the Committee, *nunc pro tunc* to January 8, 2009 pursuant to Sections 328(a), 504 and 1103(a) of Title 11 of the United States Code §§ 101 *et seq.* (the "Bankruptcy Code"), Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") 2014 and 2016 and Local Bankruptcy Rule 2014-1; and upon the Declaration of Andrew I. Silfen in support thereof; and it appearing that Arent Fox represents no interest adverse to the estates, the Committee or creditors herein with respect to the matters for which Arent Fox is to be engaged, that Arent Fox is a disinterested person as that term is defined in Section 101(14) of the Bankruptcy Code, and the employment and retention of Arent Fox is necessary and in the best interests of the estates, and good and adequate notice of the Application having been given, and after due deliberation and sufficient cause appearing therefor, it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, if applicable, are: eToys Direct 1, LLC (N/A); The Parent Company (7093); BabyUniverse, Inc. (7990); Dreamtime Baby, Inc. (8047); eToys Direct, Inc. (7296); PoshTots, Inc. (8660); eToys Direct 2, LLC (N/A); eToys Direct 3, LLC (N/A); Gift Acquisition, L.L.C. (0297); and My Twinn, Inc (1842).

NYC\418191.1

ORDERED, the Committee is hereby authorized and empowered to employ and retain Arent Fox as its counsel, effective *nunc pro tunc* to January 8, 2009, on the terms and conditions set forth in the Application; and it is further

ORDERED, that compensation and reimbursement of expenses to be paid to Arent Fox shall be paid as an administrative expense of the estates in such amounts as shall be determined upon appropriate application to the Court pursuant to Sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the United States Trustee Guidelines for fees and all orders and such other procedures as may be fixed by this Court.

Dated: Wilmington, Delaware
March 9, 2009

_____
UNITED STATES BANKRUPTCY JUDGE