IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) |
| eTOYS DIRECT 1, LLC, et al.,[1] | ) Case No. 08-13412(BLS) <br> ) (Jointly Administered) |
| Debtors. | ) <br> ) **Related to Docket No. 789** |

## AFFIDAVIT OF SERVICE

Michele Santore, being duly sworn according to law, deposes and says that she is employed by Pachulski Stang Ziehl & Jones LLP, and that on the 9th day of November 2009, she caused a copy of the following document to be served upon the following service list in the manner indicated:

[signed] Order Granting Debtors' Third Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Extending the Time Periods During Which the Debtors Have the Exclusive Right to File a Plan and Solicit Acceptances Thereto.

_____
Michele Santore

Sworn to and subscribed before
me this 9th day of November, 2009

_____
Notary Public
My Commission Expires: Aug 18, 2011

DEBRA L. YOUNG
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 13, 2011

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: eToys Direct 1, LLC (N/A); The Parent Company (7093); BabyUniverse, Inc. (7990); Dreamtime Baby, Inc. (8047); eToys Direct, Inc. (7296); PoshTots, Inc. (8660); eToys Direct 2, LLC (N/A); eToys Direct 3, LLC (N/A); Gift Acquisition, L.L.C. (0297); and My Twinn, Inc. (1842). The address for each of the Debtors is 717 17th Street, Suite 1300, Denver, CO 80202, with the exception of PoshTots, Inc., the address for which is 5500 Cox Road, Suite M, Glenn Allen, VA 23060.

68781-002\DOCS_DE:146223.29

eToys Direct 1, LLC, et al.
2002 Service List
Case No. 08-13412
Document No. 143358
05 – Hand Delivery
38 – First Class Mail
01 – Interoffice Overnight Delivery

(Counsel for the Debtors)
Laura Davis Jones, Esquire
Michael Seidl, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Interoffice Overnight Delivery**
(Counsel for the Debtors))
Jeffrey W. Dulberg, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100

**Hand Delivery**
(United States Trustee)
David Buchbinder, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

**Hand Delivery**
(United States Attorney)
Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

**Hand Delivery**
(Counsel for the Committee)
Rafael X. Zahralddin-Aravena, Esquire
Mark A. Kearney, Esquire
Neil R. Lapinski, Esquire
Elliott Greenleaf
1105 North Market Street, Suite 1700
Wilmington, DE 19801

**Hand Delivery**
(Counsel for DE Shaw Laminar Portfolios,
LLC and DE Shaw Laminar Lending 3 (C),
LLC)
Daniel J. DeFranceschi, Esquire
Michael W. Romanczuk, Esquire
Richards, Layton & Finger, PA
One Rodney Square
920 North King Street
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Commerce Technologies, Inc.)
Michael J. Barrie, Esquire
Schnader Harrison Segal & Lewis LLP
824 North Market Street, Suite 1001
Wilmington, DE 19801

**First Class Mail**
(United States Attorney General)
Michael B. Mukasey, Esquire
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

**First Class Mail**
(Counsel for the Committee)
Schuyler G. Carroll, Esquire
Adrienne W. Blankley, Esquire
Arent Fox LLP
1675 Broadway
New York, NY 10019

**First Class Mail**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

**First Class Mail**
Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

**First Class Mail**
Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC 20220

**First Class Mail**
Attn: Insolvency
District Director
Internal Revenue Service
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

**First Class Mail**
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326

**First Class Mail**
Mark Schonfeld, Esquire
Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022

**First Class Mail**
Michael A. Berman, Esquire
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, N.E.
Washington, DC 20549

**First Class Mail**
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC 20005-4026

**First Class Mail**
(Counsel for DE Shaw Laminar Portfolios, LLC and DE Shaw Laminar Lending 3 (C), LLC)
Daniel J. Bussel, Esquire
David A. Fidler, Esquire
Michael L. Tuchin, Esquire
Tavi C. Flanagan, Esquire
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067

**First Class Mail**
(Counsel for The CIT Group/Business Credit Inc.)
David Ruediger, Esquire
Barry R. Smith, Esquire
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199-7613

**First Class Mail**
(Counsel for AOL, LLC)
Tiffany Strelow Cobb, Esquire
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215

**First Class Mail**
(Secured Creditor)
The CIT Group/Business Credit Inc.
300 S. Grand Avenue
Los Angeles, CA 90071

**First Class Mail**
(Secured Creditor)
Laminar Direct Capital, L.L.C.
10000 Memorial Drive, Suite 500
Houston, TX 77024

**First Class Mail**
(Secured Creditor/UCC Filed)
Crown Credit Company
40 S. Washington Street
New Bremen, OH 45869

**First Class Mail**
(Secured Creditor/UCC Filed)
GE Capital/Citicorp Leasing Inc.
10 Riverview Drive
Danbury, CT 06810

**First Class Mail**
(Secured Creditor/UCC Filed)
Hercules Technology Growth Capital, Inc.
400 Hamilton Avenue, Suite 310
Palo Alto, CA 94301

**First Class Mail**
(Secured Creditor/UCC Filed)
CitiCapital Technology Finance, Inc.
1255 Wrights Lane
West Chester, PA 19380

**First Class Mail**
(Secured Creditor/UCC Filed)
Sun Microsystems Finance
10 Riverview Drive
Danbury, CT 06810

**First Class Mail**
(Secured Creditor/UCC Filed)
Heller Financial Leasing, Inc.
500 West Monroe Street
Chicago, IL 60661

**First Class Mail**
(Secured Creditor/UCC Filed)
CIT Technology Financing Services, Inc.
One Deerwood
10201 Centurion Parkway, North
Jacksonville, FL 32256

**First Class Mail**
(Secured Creditor/UCC Filed)
Finzer Leasing Inc.
11001 E. 51st Avenue
Denver, CO 80239

**First Class Mail**
(Secured Creditor/UCC Filed)
Porta Power Inc.
1717 E. 39th Avenue
Denver, CO 80205

**First Class Mail**
(Counsel for Quad/Graphics, Inc.)
Timothy F. Nixon, Esquire
Jennifer B. Herzog, Esquire
Godfrey & Kahn, S.C.
780 North Water Street
Milwaukee, WI 53202

**First Class Mail**
(Counsel for Tower Realty Asset Management, Inc.)
Jim Shephard, Esquire
Pohl & Short, P.A.
P.O. Box 3208
Winter Park, FL 32790

**First Class Mail**
(Counsel for Toy State International Limited)
John J. Monaghan, Esquire
Lynne B. Xerras, Esquire
Diane N. Rallis, Esquire
Holland & Knight LLP
10 Street James Avenue
Boston, MA 02116

**First Class Mail**
(Counsel for Step2 Company, LLC)
Richard G. Hardy, Esquire
Michael S. Tucker, Esquire
Matthew A. Salerno, Esquire
Ulmer & Berne LLP
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113

**First Class Mail**
(J. Scott Douglass, Unsecured creditor)
Mr. J. Scott Douglass
909 Fannin, Suite 1800
Houston, TX 77010

**First Class Mail**
(Secured Creditor/UCC Filed)
Cummings Properties, LLC
200 West Cummings Park
Woburn, MA 01915

**First Class Mail**
(Counsel for Dallas County)
Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

**First Class Mail**
(Counsel for Arapahoe County Treasurer)
George Rosenberg, Esquire
5334 S. Prince Street
Littleton, CO 80166

**First Class Mail**
(Counsel to Bee Somebody Design Group
LLC/The Baby Book Boutique)
Suzanne K. Rosen, Esquire
Forshey & Prostok, L.L.P.
777 Main Street, Suite 1290
Fort Worth, TX 76102

**First Class Mail**
(Counsel for LEGO Systems, Inc.)
Julie A. Manning, Esquire
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

**First Class Mail**
(Creditor and Party-in-Interest)
David V. Cooke
Assistant City Attorney
Municipal Operations
201 West Colfax Avenue, Dept. 1207
Denver, Co 80202-5332

**First Class Mail**
(Counsel for Iron Mountain Information
Management, Inc.)
Frank F. McGinn, Esquire
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

**First Class Mail**
)
American Express Bank, FSB
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

**First Class Mail**
(Counsel for Microsoft)
Hilary Bramwell Mohr, Esquire
Riddell Williams P.S.
1001 – 4th Avenue, Suite 4500
Seattle, WA 98154