# Exhibit A

| UNITED STATES BANKRUPTCY COURT   DISTRICT OF DELAWARE | | **PROOF OF CLAIM** |
|---|---|---|
| Name of Debtor: **eToys Direct, Inc.** | Case Number: | **08-13416** |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**TREASURER OF PITTSYLVANIA COUNTY**

Name and address where notices should be sent:

TEL: (4 3 4) 4 3 2 - 7 9 6 5

NID 846-5-S-9346          13547
TREASURER OF PITTSYVANIA COUNTY
P.O. BOX 230
CHATHAM, VA 24531

**The Debtors' cases are being jointly administered under eToys Direct 1, LLC, case no. 08-13412-BLS.**

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
*(If known)*

Filed On: __ / __ / __

Name and address where payment should be sent (if different from above):
Name: _____
Address 1: _____
Address 2: _____
Address 3: _____
Address 4: _____
Address 5: _____

TEL: ( ) - 

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **e Toys Direct 1, LLC, c/o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB #439, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:**   $ 2 4 1 8 2 7 . 3 5

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**
  taxes
(See instruction #2 on reverse side)

**3. Last four digits of any number by which creditor identifies debtor:** 168272, 189280

**3a. Debtor may have scheduled account as:** 
(See instruction #3a on reverse side.)

**4. Secured Claim.** (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe: 

Value of Property: $ _____   Annual Interest Rate: ____%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $ _____   Basis for perfection: _____

Amount Secured _____   Amount Unsecured _____
$ _____   $ _____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☑ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ( _____ ).

Amount entitled to priority:

$ 2 4 1 8 2 7 . 3 5

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date 04 / 21 / 2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Signature: *Kimberly K. Rowland*

Printed Name: Kimberly K Rowland
Title: Deputy Clerk

THIS SPACE IS FOR COURT USE ONLY

FILED
APR 24
DISTRICT OF DELAWARE
CLERK
U.S. BANKRUPTCY COURT
PM 12: 57

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

POC0646          13547

433 SE

April 21, 2009

Etoys Direct
717  17th Street Suite 1300
Denver, Co.  80202

Account # 168272,189280

| 2008 PERSONAL PROPERTY | | 2009 PERSONAL PROPERTY | |
|---|---|---|---|
| $ | 128,568.70  levy | $ | 98,156.33  levy |
| | ▮▮▮▮▮▮▮▮ | | ▮▮▮▮ |
| + | 5,636.16  interest | + | 0.00  interest |
| $ | 143,671.02  total | $ | 98,156.33  total |

| 2009 PERSONAL PROPERTY | | 2009 PERSONAL PROPERTY | |
|---|---|---|---|
| $ | 87.20 levy | $ | 538.55 levy |
| | 0.00 penalty | | 0.00 penalty |
| + | 0.00 interest | + | 0.00 interest |
| $ | 87.20 total | $ | 538.55 total |

April 20, 2009

Etoys Direct
717 17th Street. Suite 1300          Account # 168272,189280
Denver, CO 80202

| CLASS ASSESSED | YEAR | DESCRIPTION | TOTAL TAX | |
|---|---|---|---|---|
| PERSONAL PROPERTY | 2009 | BOT & others | $98,156 | 33 |
| PERSONAL PROPERTY | 2008 | BOT & others | $143,671 | 02 |
| PERSONAL PROPERTY | 2009 | 1999 GMC | $87 | 20 |
| PERSONAL PROPERTY | 2009 | 1999 Volvo | $538 | 55 |
| PERSONAL PROPERTY | | | | |
| PERSONAL PROPERTY | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |
| | | | $242,453 | 10 |
| | | | | |