IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
In re:  | Case No. 08-13412 (BLS)

eTOYS DIRECT 1, LLC, *et al.*,[1] | Chapter 11

Debtors. | Jointly Administered

| RE: Docket No. 798, 821

------------------------------------------------------- x

### ORDER SUSTAINING THE OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO PROOF OF CLAIM FILED BY THE TREASURER OF PITTSYLVANIA COUNTY

Upon consideration of the *Objection of the Official Committee of Unsecured Creditors to Proof of Claim filed by the Treasurer of Pittsylvania County* (the "Objection"); and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given; and sufficient cause appearing thereof;

**IT IS HEREBY ORDERED THAT:**

1. The Objection is sustained.

2. The Claim of the Treasurer of Pittsylvania County is hereby reduced by $98,782.08.

3. The Official Committee of Unsecured Creditors (the "Committee") reserves the right to amend, modify or supplement this Objection, and to file additional objections to claims filed in the above-captioned chapter 11 cases.

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, if applicable, are: eToys Direct 1, LLC (N/A); The Parent Company (7093); BabyUniverse, Inc. (7990); Dreamtime Baby, Inc. (8047); eToys Direct, Inc. (7296); PoshTots, Inc. (8660); eToys Direct 2, LLC (N/A); eToys Direct 3, LLC (N/A); Gift Acquisition, L.L.C. (0297); and My Twinn, Inc (1842). The address for each of the Debtors is 717 17th Street, Suite 1300, Denver, CO 80202, with the exception of PoshTots, Inc., the address for which is 5500 Cox Road, Suite M, Glenn Allen, VA 23060.

4. This Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: December 16, 2009
Wilmington, Delaware

_____
HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE