# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                   :  Case No. 08-13412 (BLS)
                                                         :
eTOYS DIRECT 1, LLC, *et al.*,[1]                        :  Chapter 11
                                                         :  Jointly Administered
                     Debtors.                            :
                                                         :  **Objection Deadline: 6/14/2010 @ 4:00 PM**
                                                         :  **Hearing Date: Only if objections filed**
---------------------------------------------------------- x

## CONSOLIDATED FIFTEENTH & SIXTEENTH MONTHLY APPLICATION OF ARENT FOX LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2010 THROUGH APRIL 30, 2010, AND REIMBURSEMENT OF COMMITTEE MEMBER EXPENSES

| | |
|---|---|
| Name of Applicant: | Arent Fox LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 9, 2009, *nunc pro tunc* to January 8, 2009 |
| Period for which compensation and reimbursement are sought: | March 1, 2010 through April 30, 2010 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $71,871.50 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $2,947.36 |
| Amount of Committee Member Expense Reimbursement sought as actual, reasonable and necessary | $6,053.31 |

This is a(n):      __X__ monthly      _____ interim      _____ final application

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, if applicable, are: eToys Direct 1, LLC (N/A); The Parent Company (7093); BabyUniverse, Inc. (7990); Dreamtime Baby, Inc. (8047); eToys Direct, Inc. (7296); PoshTots, Inc. (8660); eToys Direct 2, LLC (N/A); eToys Direct 3, LLC (N/A); Gift Acquisition, L.L.C. (0297); and My Twinn, Inc (1842). The address for each of the Debtors is 717 17th Street, Suite 1300, Denver, CO 80202, with the exception of PoshTots, Inc., the address for which is 5500 Cox Road, Suite M, Glenn Allen, VA 23060.

# ATTACHMENT B
# TO FEE APPLICATION

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Schuyler G. Carroll | Partner since 2003. Member of NY bar since 1993. | $730 | 44.80 | $32,704.00 |
| Heike M. Vogel | Joined firm as an associate in 2005. Member of NJ bar since 2000. Member of NY bar since 2001. | $520 | 67.40 | $35,048.00 |
| Adrienne W. Blankley | Joined firm as an associate in 2005. Member of NY bar since 2005. | $440 | 4.80 | $2,112.00 |
| Lisa Indelicato | Paralegal | $270 | 4.00 | $1,080.00 |
| Nova A. Constantino | Paralegal | $265 | 3.50 | $927.50 |
| **TOTAL** | | | **124.50** | **$71,871.50** |

Blended Rate: $577.28

## COMPENSATION BY PROJECT CATEGORY
## MARCH 1, 2010 THROUGH APRIL 30, 2010

| Project Category | Total | Total Fees |
|---|---|---|
| Petition, Schedules, First Day Orders (01) | 0.00 | $0.00 |
| Case Management and Operating Expenses (02) | 10.20 | $5,061.00 |
| Corporate and Business Matters (03) | 0.00 | $0.00 |
| Sale and Disposition of Assets (04) | 0.30 | $132.00 |
| Asset Analysis and Recovery (05) | 0.00 | $0.00 |
| Claims Administration and Objections (06) | 8.70 | $4,124.00 |
| Miscellaneous Motions and Objections (07) | 0.00 | $0.00 |
| Committee and Debtor Communications (08) | 4.70 | $2,444.00 |
| Adversary Proceedings (09) | 69.20 | $44,506.00 |
| Professional Retention (10) | 2.30 | $621.00 |
| Plan and Disclosure Statement Matters (11) | 13.10 | $7,273.00 |
| Cash Collateral and DIP Financing (12) | 0.30 | $132.00 |
| Employee Benefits and Severance, Pensions (13) | 0.00 | $0.00 |
| Real Estate and Leasing and Executory Contracts (14) | 0.00 | $0.00 |
| Creditor Inquiries (15) | 2.70 | $1,446.00 |
| Automatic Stay and Section 362 and 363 Matters (16) | 0.00 | $0.00 |
| Investigation of Secured Creditor, Equipment Lessors (17) | 0.00 | $0.00 |
| Utilities and Regulatory Matters (18) | 0.00 | $0.00 |
| Chapter 5 Litigation, Collection and Investigation (19) | 6.00 | $3,104.00 |
| Contracts (20) | 0.00 | $0.00 |
| Tax (21) | 0.00 | $0.00 |
| Fee Applications (22) | 7.00 | $3,028.50 |
| Environmental Matters (23) | 0.00 | $0.00 |
| Creditor Information Sharing and 1102 Services (24) | 0.00 | $0.00 |
| **TOTALS** | **124.50** | **$71,871.50** |

# EXPENSE SUMMARY
## MARCH 1, 2010 THROUGH APRIL 30, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Database Search | PACER | $36.19 |
| Duplicating | | $14.40 |
| Electronic Database | | $40.00 |
| Out-of-Town Lodging | Doubletree Hotel | $427.93 |
| Out-of-Town Meals | | $30.82 |
| Out-of-Town Transportation | Continental Airlines, Amtrak | $1,885.90 |
| Overnight Delivery | | $10.41 |
| Overtime Meals | | $122.68 |
| Taxicabs | | $379.03 |
| **TOTAL** | | **$2,947.36** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :   Case No. 08-13412 (BLS)
                                                           :
eTOYS DIRECT 1, LLC, *et al.*,[1]                          :   Chapter 11
                                                           :   Jointly Administered
              Debtors.   :
                                                           :   **Objection Deadline: 6/14/2010 @ 4:00 PM**
                                                           :   **Hearing Date: Only if objections filed**
---------------------------------------------------------- x

## CONSOLIDATED FIFTEENTH & SIXTEENTH
## MONTHLY APPLICATION OF ARENT FOX LLP
## FOR ALLOWANCE OF COMPENSATION FOR SERVICES
## RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS
## CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
## CREDITORS FOR THE PERIOD FROM MARCH 1, 2010 THROUGH
## APRIL 30, 2010, AND REIMBURSEMENT OF COMMITTEE MEMBER EXPENSES

Pursuant to Sections 330 and 331 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's administrative order establishing procedures for interim compensation and reimbursement of expenses of professionals, dated January 28, 2009 (the "Administrative Order") (Docket No. 177), Arent Fox LLP ("Arent Fox") hereby files its Consolidated Fifteenth & Sixteenth Monthly Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee (the "Committee") of Unsecured Creditors of eToys Direct 1, LLC, *et al.* (the "Debtors") for the Period from March 1, 2010 through April 30, 2010 and Reimbursement of Committee Member Expenses (the "Application"). By this Application, Arent Fox seeks a monthly allowance

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, if applicable, are: eToys Direct 1, LLC (N/A); The Parent Company (7093); BabyUniverse, Inc. (7990); Dreamtime Baby, Inc. (8047); eToys Direct, Inc. (7296); PoshTots, Inc. (8660); eToys Direct 2, LLC (N/A); eToys Direct 3, LLC (N/A); Gift Acquisition, L.L.C. (0297); and My Twinn, Inc (1842). The address for each of the Debtors is 717 17th Street, Suite 1300, Denver, CO 80202, with the exception of PoshTots, Inc., the address for which is 5500 Cox Road, Suite M, Glenn Allen, VA 23060.

pursuant to the Administrative Order with respect to sums of $71,871.50 for compensation and $2,947.36 for reimbursement of actual and necessary expenses for a total of $74,818.86 for the period from March 1, 2010 through and including April 30, 2010 (the "Compensation Period"), and reimbursement of expenses incurred by members of the Committee during the Fee Period in the amount of $6,053.31. In support of this Application, Arent Fox respectfully represents as follows:

## Background

1. On December 28, 2008 (the "Petition Date"), each of the Debtors filed a voluntary petition in the Bankruptcy Court for the District of Delaware (the "Court") for relief under chapter 11 of the Bankruptcy Code. No trustee or examiner has been appointed to date.

2. On March 9, 2009, the Court approved the retention of Arent Fox as counsel to the Committee *nunc pro tunc* to January 8, 2009 (Docket No. 425).

## Compensation Paid and Its Source

3. All services for which compensation is requested by Arent Fox were performed for or on behalf of the Committee.

4. Arent Fox has received no payment or promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Arent Fox and any persons other than the partners of Arent Fox for the sharing of compensation to be received for services rendered in these cases.

## Time Records

5. A copy of the time records for the Compensation Period is attached hereto as Exhibit A. The time records contain daily time logs describing the time spent by each attorney

and paraprofessional for this period. To the best of Arent Fox's knowledge, this Application complies with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United States Trustee, Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the Administrative Order.

## Actual and Necessary Expenses

6.  A summary of the actual and necessary expenses incurred by Arent Fox during the Compensation Period is attached hereto as <u>Exhibit B</u>. While representing the Committee in these cases, Arent Fox will limit its photocopying expenses to $.10 per page and its charges for out-going facsimile transmissions to $1.00 per page, in accordance with the local rules. Actual long-distance carrier charges for outgoing facsimile transmissions are reflected in the long-distance telephone charges.

7.  Regarding providers of on-line legal research (e.g., WESTLAW), Arent Fox charges all of its clients the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal Arent Fox's actual cost. Arent Fox currently is under contract to pay these providers a flat fee every month. Charging its clients the on-line providers' standard usage rates allows Arent Fox to cover adequately the monthly flat fees it must pay to these types of providers.

8.  Arent Fox believes the foregoing rates are the market rates that the majority of law firms charge clients for such services. In addition, Arent Fox believes that such charges are in accordance with the guidelines of the American Bar Association ("ABA"), as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

## Summary of Services Rendered

9. The partners and associates of Arent Fox who rendered professional services in these cases are: Schuyler Carroll, Heike M. Vogel, and Adrienne W. Blankley. Lisa Indelicato and Nova A. Constantino are paraprofessionals of Arent Fox who also rendered services in these cases.

10. Arent Fox, by and through the above-named persons, advised the Committee on a regular basis with respect to various matters in connection with these cases, and performed all necessary professional services, which are described in detail below.

## Summary of Services by Project

11. The services rendered by Arent Fox during the Compensation Period can be grouped into the categories set forth below. These categories are generally described below, with a more detailed identification of the actual services provided set forth on Exhibit A. The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in Exhibit A.

    A.    Case Management and Operating Reports (02)

        Fees: $5,061.00    Total Hours: 10.20

This category includes time spent preparing for upcoming hearings and reviewing and analyzing the Debtors' monthly operating reports.

    B.    Sale and Disposition of Assets (04)

        Fees: $132.00    Total Hours: 0.30

This category includes all matters related to the status of the sale of *de minimis* assets.

C. <u>Claims Administration and Objections (06)</u>

Fees: $4,124.00    Total Hours: 8.70

This category includes time spent negotiating claims settlements with various creditors, addressing ongoing claims objections and updating the case professionals on the status of various claims.

D. <u>Committee and Debtor Communications (08)</u>

Fees: $2,444.00    Total Hours: 4.70

This category includes all matters related to communications with the Committee and other case professionals.

E. <u>Adversary Proceedings (09)</u>

Fees: $44,506.00    Total Hours: 69.20

This category includes all matters related to the Committee's duty to investigate all potential claims that may be commenced on behalf of the debtor's estate, and all matters related to the litigation against Ernst & Young.

F. <u>Professional Retention (10)</u>

Fees: $621.00    Total Hours: 2.30

This category includes time spent reviewing, drafting, and updating Arent Fox's disclosures of connections.

G. <u>Plan and Disclosure Statement Matters and Solicitation (11)</u>

Fees: $7,273.00    Total Hours: 13.10

This category includes time spent reviewing and analyzing the draft of the plan and disclosure statement, preparing for and holding telephone conferences with case professionals regarding wind-down issues, reviewing and providing the Committee's comments on the draft

plan of liquidation and preparing for the implementation of a liquidating trust to administer the post-confirmation estates.

        H.        **Cash Collateral and DIP Financing (12)**

           Fees: $132.00        Total Hours: 0.30

This category includes time spent reviewing the cash flow analyses prepared by financial advisors.

        I.        **Creditor Inquiries (15)**

           Fees: $1,446.00        Total Hours: 2.70

This category includes time spent responding to creditor inquiries.

        J.        **Chapter 5 Litigation, Collection and Investigation (19)**

           Fees: $3,104.00        Total Hours: 6.00

This category includes all matters related to preference recovery.

        K.        **Fee Applications (22)**

           Fees: $3,028.50        Total Hours: 7.00

This category includes time spent preparing monthly invoices and fee applications for Arent Fox, and reviewing the fee applications of other professionals. During the Compensation Period, Arent Fox drafted and filed February fee application.

**Valuation of Services**

12. Attorneys and paraprofessionals of Arent Fox have expended a total of 124.50 hours in connection with this matter during the Compensation Period, as follows:

| ATTORNEYS | HOURS | HOURLY RATE |
|---|---|---|
| Schuyler G. Carroll | 44.80 | $730 |
| Heike M. Vogel | 67.40 | $520 |
| Adrienne W. Blankley | 4.80 | $440 |
| Lisa Indelicato | 4.00 | $270 |

Nova A. Constantino            3.50     $265

The nature of the work performed by these persons is fully set forth in <u>Exhibit A</u>. These are Arent Fox's normal hourly rates for work of this character. The reasonable value of the services rendered by Arent Fox to the Committee during the Compensation Period is $71,871.50.

13. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Arent Fox is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services in other cases. Moreover, Arent Fox has reviewed the requirements of Local Rule 2016-2 and believes that this Application complies with that Rule.

14. Also included as <u>Exhibit C</u> are receipts for out-of-pocket expenses incurred during the Fee Period by members of the Committee.

WHEREFORE, Arent Fox respectfully requests that the Court authorize that for the period from March 1, 2010 through April 30, 2010, an allowance be made to Arent Fox pursuant to the terms of the Administrative Order, with respect to the sum of $71,871.50 as compensation for the necessary professional services rendered (80% of which equals $57,497.20), and the sum of $2,947.36 as 100% reimbursement of the actual and necessary expenses, for a total of $74,818.86; that reimbursable expenses incurred by members of the Committee during the Fee Period in the amount of $6,053.31 be allowed, and for such other and further relief as this Court may deem just and proper.

Dated: New York, New York            Respectfully submitted,
       May 25, 2010

                                                 */s/ Schuyler G. Carroll*
                                         Schuyler G. Carroll
                                         Heike M. Vogel
                                         ARENT FOX LLP

1675 Broadway
New York, NY 10019
Tel: (212) 484-3900
Fax: (212) 484-3990

and

Rafael X. Zahralddin-Aravena (No. 4166)
Shelley Kinsella (No. 4023)
ELLIOTT GREENLEAF
1105 North Market Street, Suite 1700
Wilmington, DE 19899
Tel: (302) 384-9400
Fax: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

*Co-counsel for the Official Committee of Unsecured Creditors of eToys, Inc., et al.*

# CERTIFICATION

I, Schuyler G. Carroll, hereby certify under the penalty of perjury under the laws of the State of Delaware that the following is true to the best of my knowledge, information and belief:

1. I am a partner of the firm of Arent Fox LLP ("Arent Fox") with offices located at 1675 Broadway, New York, NY 10019, and have been admitted to practice before this Court *pro hac vice*.

2. This certification is submitted in support of the attached application (the "Application") and all capitalized terms used herein but not otherwise defined shall have the meaning set forth in the Application.

3. I am familiar with the legal services rendered by Arent Fox on behalf of the Committee during the Application Period and I am familiar with the compensation and reimbursement sought by the Application.

4. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2 and the Compensation Order and submit that the Application substantially complies with such Local Rule and Order.

Dated: May 24, 2010

                                         */s/ Schuyler G. Carroll*
                                         Schuyler G. Carroll