# **EXHIBIT A**

ARENT FOX LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000 Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

eToys Direct 1, LLC - Official Committee of Unsecured Creditors

Invoice Number 1253363
Invoice Date 05/20/10
Client Number 031193

| Category | | Hours | Total |
|---|---|---|---|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2010 | | | |
| 00000 | General | .00 | 2,947.36 |
| 00002 | Case Management and Operating Reports | 10.20 | 5,061.00 |
| 00004 | Sale and Disposition of Assets | .30 | 132.00 |
| 00006 | Claims Administration and Objections | 8.70 | 4,124.00 |
| 00008 | Committee and Debtor Communications, Conference | 4.70 | 2,444.00 |
| 00009 | Adversary Proceedings | 69.20 | 44,506.00 |
| 00010 | Professional Retention | 2.30 | 621.00 |
| 00011 | Plan and Disclosure Statement Matters and Solici | 13.10 | 7,273.00 |
| 00012 | Cash Collateral and DIP Financing | .30 | 132.00 |
| 00015 | Creditor Inquiries | 2.70 | 1,446.00 |
| 00019 | Chapter 5 Litigation, Collection and Investigati | 6.00 | 3,104.00 |
| 00022 | Fee Applications | 7.00 | 3,028.50 |
| Totals | | 124.50 | 74,818.86 |

(00000) MATTER NUMBER
RE: General

FOR PROFESSIONAL SERVICES RENDERED THROUGH: APRIL 30, 2010

FOR CHARGES:

| Date | Description | Amount | Total |
|---|---|---|---|
| 03/02/10 | DUPLICATING SUMMARY User Jeffrey Whitaker copied 137 on 03/02/2010 at 16:21 hrs | 13.70 | |
| 04/08/10 | DUPLICATING SUMMARY User Jonathan Parsons copied 7 on 04/08/2010 at 15:50 hrs | 0.70 | |
| | **TOTAL FOR: DUPLICATING SUMMARY** | | **14.40** |
| 03/31/10 | OTHER DATABASE SEARCH- PACER 02/28/2010 | 6.86 | |
| 04/30/10 | OTHER DATABASE SEARCH- pacer 03-31-2010 | 29.33 | |
| | **TOTAL FOR: OTHER DATABASE SEARCH** | | **36.19** |
| 03/29/10 | ELECTRONIC DOCUMENT DATABASE- MAR -10 | 40.00 | |
| | **TOTAL FOR: ELECTRONIC DOCUMENT DATABAS** | | **40.00** |
| 04/05/10 | OVERTIME MEALS & CABS - SCHUYLER CARROLL WORKING LUNCH | 11.70 | |
| 03/18/10 | OVERTIME MEALS & CABS - SCHUYLER CARROLL WORKING LUNCH WITH COMMITTEE FINANCIAL ADVISORS AND COUNSEL (6 PARTICIPANTS) | 98.88 | |
| | **TOTAL FOR: OVERTIME MEALS & CABS** | | **110.58** |
| 03/26/10 | TAXICABS - CRC MANAGEMENT INC. DEST: 9 ELM ROAD | 189.28 | |
| 03/24/10 | TAXICABS - CRC MANAGEMENT INC. DEST: EWR | 185.25 | |
| 04/07/10 | SCHUYLER CARROLL R/T SUBWAY | 4.50 | |
| | **TOTAL FOR: TAXICABS** | | **379.03** |
| 04/06/10 | FedEx Package From: Jonathan Parsons Company: Arent Fox, LLP City/State: NEW YORK CITY, NY To: Kristin McCloskey Company: Elliott Greenleaf City: WILMINGTON, DE Received by: B.KILLEN | 10.41 | |
| | **TOTAL FOR: OVERNIGHT DELIVERY** | | **10.41** |
| 03/18/10 | MEALS - SEAMLESS WEB PROFESSIONAL | 6.05 | |
| 03/18/10 | MEALS - SEAMLESS WEB PROFESSIONAL | 6.05 | |
| | **TOTAL FOR: MEALS** | | **12.10** |

| | | | |
|---|---|---|---|
| 03/24/10 | OUT-OF-TOWN TRANSPORTATION - SCHUYLER CARROLL CONTINENTAL AIRLINES:TRAVEL DEST: HOUSTON, TX | | 1,657.90 |
| 04/07/10 | OUT-OF-TOWN TRANSPORTATION - SCHUYLER CARROLL AMTRAK:TRAVEL DEST: WILMINGTON, DC | | 228.00 |
| | **TOTAL FOR: OUT-OF-TOWN TRANSPORTATION** | **1,885.90** | |
| 03/24/10 | OUT OF TOWN LODGING - SCHUYLER CARROLL DOUBLETREE HOTEL:TRAVE DEST: HOUSTON, TX | | 427.93 |
| | **TOTAL FOR: OUT OF TOWN LODGING** | **427.93** | |
| 03/26/10 | OUT-OF-TOWN MEALS - SCHUYLER CARROLL MEALS:TRAVEL DEST: HOUSTON, TX | | 30.82 |
| | **TOTAL FOR: OUT-OF-TOWN MEALS** | **30.82** | |

| | |
|---|---|
| CURRENT CHARGES | 2,947.36 |
| SUBTOTAL FOR THIS MATTER | $2,947.36 |

(00002) MATTER NUMBER
RE: Case Management and Operating Reports

FOR PROFESSIONAL SERVICES RENDERED THROUGH: APRIL 30, 2010

| Date | Timekeeper | | Hours | Value |
|---|---|---|---|---|
| 03/01/10 | NA CONSTANTINO | Prepare list of pleadings to be heard re EY and committee standing motion. | .4 | 106.00 |
| 03/02/10 | NA CONSTANTINO | Prepare binder of pleadings to be heard re EY and committee standing motion. | .8 | 212.00 |
| 03/09/10 | HM VOGEL | Internal correspondence with regard to status of eToys case in preparation of handling matter on behalf of Adrienne Blankley rand review of Court docket with respect to same. | .8 | 416.00 |
| 03/10/10 | HM VOGEL | Review of correspondence from Adrienne Blankley to debtor's counsel re upcoming matters and strategy moving forward. | .4 | 208.00 |
| 03/11/10 | HM VOGEL | Office conference with Adrienne Blankley re status of case and strategy moving forward. | .7 | 364.00 |
| 03/11/10 | HM VOGEL | Review and analyze status memorandum by Adrienne Blankley in preparation of upcoming call with debtor's counsel and internal meeting re same. | .3 | 156.00 |
| 03/18/10 | HM VOGEL | Office conference with Jeff Sutton, Brian Ryniker, Michael Abraham, Adrienne Blankley and Schuyler Carroll re standing issues, E&Y opinion letters, debtor's financial forecasts, preference actions and strategy moving forward. | 2.4 | 1,248.00 |
| 03/19/10 | HM VOGEL | Review and analyze multiple monthly operating reports of debtors and determine strategy moving forward. | .6 | 312.00 |
| 04/01/10 | HM VOGEL | Correspondence with Elizabeth Plank re possible transfer received by certain creditors to determine if release is warranted. | .4 | 208.00 |
| 04/01/10 | HM VOGEL | Review and revise proposed settlement agreement between debtors, committee and BofA with respect to chargeback, reserve and set offs and return to Michael Seidl with brief explanation re same. | .7 | 364.00 |
| 04/01/10 | HM VOGEL | Office conference with Schuyler Carroll re stipulation with BofA and strategy moving forward. | .1 | 52.00 |
| 04/01/10 | SG CARROLL | Meetings with Heike Vogel re stipulation with BofA. | .3 | 219.00 |

| | | | | | |
|---|---|---|---|---|---|
| 04/06/10 | HM | VOGEL | Correspondence with local counsel re preparation for upcoming hearing and binder to be prepared for same. | .4 | 208.00 |
| 04/06/10 | HM | VOGEL | Perform internal search re certain confidentiality agreement and review of prior versions of same to determine pertinent revisions. | .7 | 364.00 |
| 04/08/10 | HM | VOGEL | Final review of stipulation with BofA, execute stipulation and return same with brief explanation to Michael Seidl and follow up with Schuyler Carroll. | .6 | 312.00 |
| 04/20/10 | HM | VOGEL | Review and analyze several debtor's operating reports. | .6 | 312.00 |

CURRENT FEES 5,061.00

TIMEKEEPER TIME SUMARY

| | | | | |
|---|---|---|---|---|
| SCHUYLER CARROLL | .3 | at | $730.00 = | 219.00 |
| HEIKE M. VOGEL | 8.7 | at | $520.00 = | 4,524.00 |
| NOVA A. CONSTANTINO | 1.2 | at | $265.00 = | 318.00 |
| TOTALS | 10.2 | | | 5,061.00 |

SUBTOTAL FOR THIS MATTER $5,061.00

(00004) MATTER NUMBER
RE: Sale and Disposition of Assets

FOR PROFESSIONAL SERVICES RENDERED THROUGH: APRIL 30, 2010

| Date | Timekeeper | | Hours | Value |
|---|---|---|---|---|
| 03/04/10 | AB BLANKLEY | Follow up with Kristin McCloskey and Shelley Kinsella re status of sale notice. | .3 | 132.00 |

CURRENT FEES 132.00

TIMEKEEPER TIME SUMARY

| | | | |
|---|---|---|---|
| ADRIENNE W. BLANKLE | .3 | at $440.00 = | 132.00 |
| TOTALS | 0.3 | | 132.00 |

SUBTOTAL FOR THIS MATTER $132.00

(00006) MATTER NUMBER
RE: Claims Administration and Objections

FOR PROFESSIONAL SERVICES RENDERED THROUGH: APRIL 30, 2010

| Date | Timekeeper | | Hours | Value |
|---|---|---|---|---|
| 03/11/10 | HM VOGEL | Review and analyze various correspondence with regard to certain claims and determine strategy moving forward. | .4 | 208.00 |
| 03/19/10 | HM VOGEL | Correspondence with Michael Goldberg re Textor claim and strategy moving forward. | .4 | 208.00 |
| 03/22/10 | HM VOGEL | Review of background information re several disputed claims and determine strategy moving forward. | .7 | 364.00 |
| 03/26/10 | LA INDELICATO | Research regarding Textor Claim Objection, pull and review Objection; review claims agent's website and prepare spreadsheet of claims; discussions with Heike Vogel. | 1.6 | 432.00 |
| 03/26/10 | HM VOGEL | Telephone conference with Michael Goldberg re claims filed by J. Textor and possible strategy moving forward. | .2 | 104.00 |
| 03/26/10 | HM VOGEL | Review of committee's objections to Textor claims and proofs of claim with exhibits in preparation for telephone conference with M. Goldberg and follow up with Lisa Indelicato re same. | 1.4 | 728.00 |
| 04/02/10 | HM VOGEL | Correspondence with M. Goldberg re Textor claim and strategy moving forward. | .2 | 104.00 |
| 04/07/10 | HM VOGEL | Correspondence with Gary Paranzino, attorney for Edebohl, re latest comments to proposed stipulation resolving Edebohl's claim. | .4 | 208.00 |
| 04/09/10 | HM VOGEL | Review and analyze background correspondence re negotiations of settlement with T. Edebohl and proposed stipulation. | .8 | 416.00 |
| 04/09/10 | HM VOGEL | Telephone conference with Gary Paranzino re negotiations of settlement with T. Edebohl and proposed stipulation and strategy moving forward. | .3 | 156.00 |
| 04/09/10 | HM VOGEL | Review and analyze counter-argument presented by Textor and review of committee objection and proofs of claim to determine validity. | .4 | 208.00 |

| Date | Init | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/14/10 | HM | VOGEL | Telephone conference with M. Goldberg re John Textor's claims and assertions that they are not based on equity but on breach of contract and review of Enron decision, which addresses same argument in connection with 510(b) and provide citation of same. | 1.3 | 676.00 |
| 04/23/10 | HM | VOGEL | Review and analyze latest draft of stipulation with Edeobohls and preparation of draft correspondence with respect to same. | .6 | 312.00 |

CURRENT FEES 4,124.00

TIMEKEEPER TIME SUMARY

| Timekeeper | Hours | | Rate | Amount |
|---|---|---|---|---|
| HEIKE M. VOGEL | 7.1 | at | $520.00 = | 3,692.00 |
| LISA INDELICATO | 1.6 | at | $270.00 = | 432.00 |
| TOTALS | 8.7 | | | 4,124.00 |

SUBTOTAL FOR THIS MATTER $4,124.00

(00008) MATTER NUMBER
RE: Committee and Debtor Communications, Conference Calls

FOR PROFESSIONAL SERVICES RENDERED THROUGH: APRIL 30, 2010

| Date | Timekeeper | | Hours | Value |
|---|---|---|---|---|
| 03/18/10 | HM VOGEL | Correspondence with committee members re debtor's financial forecasts and strategy moving forward. | .4 | 208.00 |
| 03/29/10 | HM VOGEL | Telephone conference with debtors, debtors' counsel and CBIZ re status and strategy moving forward. | .6 | 312.00 |
| 04/11/10 | HM VOGEL | Draft, review and revise summary for committee and update of background of 2004 application and plan and disclosure statement and recent hearing re 2004 application and discovery requested from E&Y. | 1.8 | 936.00 |
| 04/11/10 | HM VOGEL | Review and analyze background of 2004 application and plan and disclosure statement to be added to summary for committee. | .4 | 208.00 |
| 04/12/10 | HM VOGEL | Telephone conference with debtor, debtor's counsel and committee professionals re status and strategy moving forward and follow up with Brian Ryniker re same. | .6 | 312.00 |
| 04/16/10 | HM VOGEL | Draft, review and revise e-mail to committee providing update of Court's order granting 2004 application and distributing same. | .6 | 312.00 |
| 04/20/10 | HM VOGEL | Telephone conference with CBIZ and Mehaffy re 2004 applicants and order and strategy moving forward. | .3 | 156.00 |

CURRENT FEES 2,444.00

TIMEKEEPER TIME SUMARY

| | | | |
|---|---|---|---|
| HEIKE M. VOGEL | 4.7 | at $520.00 = | 2,444.00 |
| TOTALS | 4.7 | | 2,444.00 |

SUBTOTAL FOR THIS MATTER $2,444.00

(00009) MATTER NUMBER
RE: Adversary Proceedings

FOR PROFESSIONAL SERVICES RENDERED THROUGH: APRIL 30, 2010

| Date | Timekeeper | | Hours | Value |
| --- | --- | --- | --- | --- |
| 03/01/10 | AB BLANKLEY | Assist Schuyler Carroll with preparation for hearing as to E&Y issues. | .2 | 88.00 |
| 03/02/10 | AB BLANKLEY | Assist Schuyler Carroll in preparation for E&Y hearing. | .4 | 176.00 |
| 03/08/10 | HM VOGEL | Internal correspondence re status of committee's standing motion with respect to E&Y and review of objection with respect to same. | .6 | 312.00 |
| 03/18/10 | AB BLANKLEY | Telephone conference with Schuyler Carroll, Heike Vogel, Jeff Sutton, Michael Abramson, Brian Ryniker re strategy for E&Y and D&O claims. | 2.6 | 1,144.00 |
| 03/18/10 | SG CARROLL | Meet with Jeff Sutton, Brian Ryniker, Adrienne Blankley, Heike Vogel re analysis of claims against E&Y and D&O, preparation for hearing on 2004 motion and motion for standing. | 2.4 | 1,752.00 |
| 03/23/10 | SG CARROLL | Preparation for meeting with litigation counsel to consider strategy on E&Y motions, consider issues related to litigation claims and hearing on E&Y motions. | .8 | 584.00 |
| 03/24/10 | SG CARROLL | Preparation for meeting with litigation counsel to consider strategy on E&Y motions. | .6 | 438.00 |
| 03/24/10 | SG CARROLL | Travel to/from meeting with litigation counsel to consider strategy related to claims against E&Y and directors and officers (non-working travel, billed at 50%). | 4.2 | 3,066.00 |
| 03/25/10 | SG CARROLL | Meet with Butch Boyd, Susie Jacks, Paul Heyburn, Jeff Sutton re preparation for hearing on E&Y motions and potential claims against E&Y and directors and officers. | 1.4 | 1,022.00 |
| 03/26/10 | SG CARROLL | Preparation for hearing on E&Y motions. | 1.2 | 876.00 |
| 03/26/10 | SG CARROLL | Return travel from meeting with litigation counsel to consider strategy related to claims against E&Y and D&O (non-working travel, billed at 50%). | 3.4 | 2,482.00 |

| Date | Init | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 03/31/10 | HM | VOGEL | Review of correspondence from Brian Ryniker re upcoming hearing re standing motion and E&Y's opposition and documents required with respect to same. | .4 | 208.00 |
| 03/31/10 | SG | CARROLL | E-mails with Brian Ryniker re preparation for hearing on E&Y motions. | .3 | 219.00 |
| 04/01/10 | HM | VOGEL | Review and analyze declaration of Robert Rosenberg re committee's 2004 application and follow up with Schuyler Carroll re same. | .6 | 312.00 |
| 04/01/10 | SG | CARROLL | Review of Robert Rosenberg declaration related to 2004 application, consider strategy. | 1.8 | 1,314.00 |
| 04/02/10 | SG | CARROLL | Meetings, telephone calls and e-mails with Heike Vogel, Brian Ryniker re review of Robert Rosenberg declaration, response to declaration, preparation for hearing on 2004 application. | 1.8 | 1,314.00 |
| 04/02/10 | SG | CARROLL | Review of motions and responses filed to date in relation to 2004 application and standing motion. | 2.4 | 1,752.00 |
| 04/02/10 | SG | CARROLL | Review of case law in relation to 2004 application and standing motion in preparation for hearing. | 1.7 | 1,241.00 |
| 04/02/10 | HM | VOGEL | Telephone conference with Schuyler Carroll, Brian Ryniker re Rosenberg declaration and strategy moving forward with respect to upcoming hearing. | .4 | 208.00 |
| 04/02/10 | HM | VOGEL | Telephone conference with Brian Ryniker re his declaration in response to Rosenberg declaration and strategy moving forward. | .3 | 156.00 |
| 04/02/10 | HM | VOGEL | Begin to review and analyze correspondence between committee professionals and E&Y attorneys re information document production in preparation of drafting response declaration. | .8 | 416.00 |
| 04/02/10 | HM | VOGEL | Begin to draft, review and revise response declaration to Rosenberg declaration. | 1.8 | 936.00 |
| 04/04/10 | HM | VOGEL | Draft, review and revise Ryniker declaration incorporating comments by Brian Ryniker. | 1.9 | 988.00 |
| 04/04/10 | HM | VOGEL | Distribute revised Ryniker declaration to Brian Ryniker, Schuyler Carroll with brief explanation re same. | .3 | 156.00 |
| 04/04/10 | HM | VOGEL | Review and analyze Rosenberg declaration and certain correspondence and documents set forth therein to further address same in Ryniker declaration. | .8 | 416.00 |

| Date | Initials | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/05/10 | HM | VOGEL | Correspondence with Schuyler Carroll, Brian Ryniker re Rosenberg declaration and first draft of response thereto. | .4 | 208.00 |
| 04/05/10 | HM | VOGEL | Multiple telephone conferences with Brian Ryniker re Rosenberg declaration and first draft of response thereto. | .9 | 468.00 |
| 04/05/10 | HM | VOGEL | Continue to review and revise declaration re E&Y incorporating comments and revisions by Schuyler Carroll and Brian Ryniker. | 2.9 | 1,508.00 |
| 04/05/10 | HM | VOGEL | Correspondence with local counsel re filing of declaration re E&Y and strategy moving forward and coordinate service and filing of same. | 1.1 | 572.00 |
| 04/05/10 | HM | VOGEL | Legal Westlaw research re Delaware cases addressing local rule 2004-1 and its requirements. | .8 | 416.00 |
| 04/05/10 | HM | VOGEL | Review and revise exhibits A, B and C annexed to Ryniker declaration and telephone calls and e-mails with Brian Ryniker re same. | 1.7 | 884.00 |
| 04/05/10 | HM | VOGEL | Preparation of e-mail to Schuyler Carroll re latest version of Ryniker declaration and exhibits A, B and C and distribute same. | .4 | 208.00 |
| 04/05/10 | SG | CARROLL | Meetings, telephone calls and e-mails with Heike Vogel, Brian Ryniker re review of Robert Rosenberg declaration, response to declaration, preparation for hearing on 2004 application. | 1.3 | 949.00 |
| 04/05/10 | SG | CARROLL | Review and revise Ryniker declaration in response to Rosenberg declaration. | 3.4 | 2,482.00 |
| 04/05/10 | SG | CARROLL | Review of case law in relation to 2004 application and standing motion, in preparation for hearing. | 1.9 | 1,387.00 |
| 04/06/10 | SG | CARROLL | Preparation for hearing on E&Y 2004 application and standing motion, review of documents, review of legal research. | 2.4 | 1,752.00 |
| 04/06/10 | SG | CARROLL | Review and revise Ryniker declaration in response to Rosenberg declaration. | .4 | 292.00 |
| 04/06/10 | SG | CARROLL | E-mails with Heike Vogel, Brian Ryniker re revisions to Ryniker declaration. | .2 | 146.00 |
| 04/06/10 | HM | VOGEL | Multiple telephone calls and e-mails with Brian Ryniker re finalizing declaration and exhibits annexed thereto. | .7 | 364.00 |
| 04/06/10 | HM | VOGEL | Review and revise exhibits A, B and C incorporating Brian Ryniker's comments and final review and revisions with brief explanation re same, and distribution of declaration to Elliott Greenleaf for filing with the Court. | 1.6 | 832.00 |

| Date | Initials | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/06/10 | HM | VOGEL | Westlaw legal research re and analysis of legal authority re local rule 2004-1 and cases with respect to committee's duty to investigate and avail itself of rule 2004 discovery. | 1.8 | 936.00 |
| 04/06/10 | HM | VOGEL | Review and analyze professional standards to be followed by accountants and auditors and common law standard to be applied in meeting such standards. | 1.7 | 884.00 |
| 04/06/10 | HM | VOGEL | Telephone conference with Brian Ryniker re executed confidentiality agreement and upcoming hearing with respect to E&Y. | .2 | 104.00 |
| 04/06/10 | HM | VOGEL | Work with Schuyler Carroll re upcoming hearing and pertinent case law re rule 2004 and committee's duty to investigate, professional malpractice claims and general strategy moving forward. | .6 | 312.00 |
| 04/07/10 | SG | CARROLL | Preparation for hearing on E&Y 2004 application and standing motion. | 3.7 | 2,701.00 |
| 04/07/10 | SG | CARROLL | Court appearance before Judge Shannon on E&Y 2004 application and standing motion. | .9 | 657.00 |
| 04/07/10 | SG | CARROLL | Non working travel (billed at 50%). | 3.2 | 2,336.00 |
| 04/08/10 | SG | CARROLL | Meet with Heike Vogel, e-mails with Butch Boyd, Paul Heyburn, Brian Ryniker, Heike Vogel re report on hearing on E&Y 2004 application and standing motion. | .6 | 438.00 |
| 04/09/10 | SG | CARROLL | E-mails with Butch Boyd, Paul Heyburn, Brian Ryniker, Heike Vogel re E&Y 2004 application and standing motion. | .6 | 438.00 |
| 04/16/10 | HM | VOGEL | Review and analyze Court's order granting committee's 2004 application and distribute internally and to CBIZ with brief explanation re same. | .4 | 208.00 |
| 04/16/10 | SG | CARROLL | E-mails with Heike Vogel, Butch Boyd, Susie Jacks, Brian ryniker re order approving E&Y 2004. | .3 | 219.00 |
| 04/17/10 | HM | VOGEL | Multiple correspondence with Mehaffy, CBIZ and Schuyler Carroll re strategy moving forward with respect to E&Y litigation. | .4 | 208.00 |
| 04/20/10 | HM | VOGEL | Review and analyze 2004 application and distribute same to Mehaffy and CBIZ. | .7 | 364.00 |
| 04/20/10 | SG | CARROLL | Telephone conference with Butch Boyd, Heike Vogel, Paul Heyburn, Susie Jacks, Jeff Sutton re subpoenas to E&Y. | .9 | 657.00 |

CURRENT FEES 44,506.00

TIMEKEEPER TIME SUMARY

| | | | |
|---|---|---|---|
| SCHUYLER CARROLL | 41.8 | at $730.00 = | 30,514.00 |
| HEIKE M. VOGEL | 24.2 | at $520.00 = | 12,584.00 |
| ADRIENNE W. BLANKLE | 3.2 | at $440.00 = | 1,408.00 |
| | ---- | | --------- |
| TOTALS | 69.2 | | 44,506.00 |

SUBTOTAL FOR THIS MATTER $44,506.00

(00010) MATTER NUMBER
RE: Professional Retention

FOR PROFESSIONAL SERVICES RENDERED THROUGH: APRIL 30, 2010

| Date | Timekeeper | | Hours | Value |
|---|---|---|---|---|
| 03/03/10 | LA INDELICATO | Follow up on status of supplemental disclosure. | .1 | 27.00 |
| 03/04/10 | LA INDELICATO | Revise 7th Supplemental declaration, obtain signature of A. Silfen, scan declaration and email to local counsel requesting electronic filing and service. | .5 | 135.00 |
| 03/15/10 | LA INDELICATO | Discussions with Adrienne Blankley regarding updating disclosures. | .2 | 54.00 |
| 03/15/10 | LA INDELICATO | Discussions Karen Lehmkuhl regarding disclosure of connections with certain parties in interest. | .2 | 54.00 |
| 04/22/10 | LA INDELICATO | Draft supplemental declaration to disclose connection with DHL. | .7 | 189.00 |
| 04/29/10 | LA INDELICATO | Revise Eighth Supplemental Declaration in Support of Arent Fox Retention Application and forward to Heike Vogel for review. | .6 | 162.00 |

CURRENT FEES 621.00

TIMEKEEPER TIME SUMARY

| | Hours | | Value |
|---|---|---|---|
| LISA INDELICATO | 2.3 | at $270.00 = | 621.00 |
| TOTALS | 2.3 | | 621.00 |

SUBTOTAL FOR THIS MATTER $621.00

(00011) MATTER NUMBER
RE: Plan and Disclosure Statement Matters and Solicitation

FOR PROFESSIONAL SERVICES RENDERED THROUGH: APRIL 30, 2010

| Date | Timekeeper | | Hours | Value |
|---|---|---|---|---|
| 03/05/10 | AB BLANKLEY | Review of new draft plan of liquidation and provide comment to Michael Seidl and Jeff Dulberg. | .8 | 352.00 |
| 03/12/10 | HM VOGEL | Begin to review and analyze plan and disclosure statement in preparation of upcoming telephone conference with debtor's counsel to discuss strategy moving forward. | 1.4 | 728.00 |
| 03/13/10 | SG CARROLL | E-mails with Charlie Goodrich, Adrienne Blankley re review of disclosure statement. | .3 | 219.00 |
| 03/15/10 | HM VOGEL | Review of plan and disclosure statement and previous correspondence re status in preparation for telephone conference with debtor's counsel. | .9 | 468.00 |
| 03/15/10 | HM VOGEL | Telephone conference with debtor's counsel re plan and disclosure statement. | .1 | 52.00 |
| 03/17/10 | HM VOGEL | Continue review and analysis of proposed disclosure statement. | .9 | 468.00 |
| 03/29/10 | SG CARROLL | Telephone conference with Brian Ryniker, Charlie Goodrich, Jeff Dulberg, Mike Miyaki, Phil Manoff, Michael Seidle re status of various matters, including review of plan and disclosure statement, collection of receivables, agreement with Bank of America to recover deposit. | .8 | 584.00 |
| 04/01/10 | SG CARROLL | Meet with Charles Goodrich re status of case, need to move forward with plan and disclosure statement. | .2 | 146.00 |
| 04/01/10 | HM VOGEL | Respond via e-mail to several inquiries by creditors with respect to status and distribution. | .8 | 416.00 |
| 04/07/10 | HM VOGEL | Continue to review and mark-up first draft of disclosure statement. | 1.8 | 936.00 |
| 04/08/10 | HM VOGEL | Continue to review and revise disclosure statement and meet with Schuyler Carroll re same and two remaining disputed claims being resolved. | .8 | 416.00 |
| 04/17/10 | SG CARROLL | Review and revise plan and disclosure statement. | .4 | 292.00 |
| 04/19/10 | SG CARROLL | Review and revise plan and disclosure statement. | .8 | 584.00 |

| | | | | | |
|---|---|---|---|---|---|
| 04/20/10 | HM | VOGEL | Review and revise disclosure statement incorporating Schuyler Carroll's comments. | 1.1 | 572.00 |
| 04/21/10 | HM | VOGEL | Final review of draft disclosure statement and return revised copy to Jeff Dulberg, Charlie Goodrich and Michael Seidl with brief explanation re same. | .6 | 312.00 |
| 04/23/10 | HM | VOGEL | Correspondence with debtor's counsel re status of disclosure statement and strategy moving forward. | .4 | 208.00 |
| 04/26/10 | HM | VOGEL | Correspondence to Jeff Dulberg re additional revisions to disclosure statement and follow up with Schuyler Carroll re same. | .4 | 208.00 |
| 04/29/10 | HM | VOGEL | Correspondence from Michael Seidl re revisions to disclosure statement and strategy moving forward. | .6 | 312.00 |

CURRENT FEES 7,273.00

TIMEKEEPER TIME SUMARY

| | | | | |
|---|---|---|---|---|
| SCHUYLER CARROLL | 2.5 | at | $730.00 = | 1,825.00 |
| HEIKE M. VOGEL | 9.8 | at | $520.00 = | 5,096.00 |
| ADRIENNE W. BLANKLE | .8 | at | $440.00 = | 352.00 |
| TOTALS | 13.1 | | | 7,273.00 |

SUBTOTAL FOR THIS MATTER $7,273.00

(00012) MATTER NUMBER
RE: Cash Collateral and DIP Financing

FOR PROFESSIONAL SERVICES RENDERED THROUGH: APRIL 30, 2010

| Date | Timekeeper | | Hours | Value |
|---|---|---|---|---|
| 03/01/10 | AB BLANKLEY | Review of revised cash flow from Brian Ryniker. | .3 | 132.00 |

CURRENT FEES 132.00

TIMEKEEPER TIME SUMARY

| | Hours | | Value |
|---|---|---|---|
| ADRIENNE W. BLANKLE | .3 | at $440.00 = | 132.00 |
| TOTALS | 0.3 | | 132.00 |

SUBTOTAL FOR THIS MATTER $132.00

(00015) MATTER NUMBER
RE: Creditor Inquiries

FOR PROFESSIONAL SERVICES RENDERED THROUGH: APRIL 30, 2010

| Date | Timekeeper | | Hours | Value |
|---|---|---|---|---|
| 03/30/10 | HM VOGEL | Telephone conference with stockholder re treatment of equity, possible distributions to unsecured creditors and status of case. | .4 | 208.00 |
| 04/02/10 | HM VOGEL | Respond via e-mail to several inquiries by creditors with respect to status of case and distribution. | .6 | 312.00 |
| 04/06/10 | SG CARROLL | E-mails with Yessenia Rojas re inquiry from creditor on status of case and potential for recovery. | .2 | 146.00 |
| 04/13/10 | HM VOGEL | Respond to several inquiries by creditors. | .4 | 208.00 |
| 04/22/10 | HM VOGEL | Draft, review and revise response to creditors' inquiries re status of case. | .6 | 312.00 |
| 04/29/10 | HM VOGEL | Draft, review and revise update and summary for unsecured creditor requesting information. | .5 | 260.00 |

CURRENT FEES 1,446.00

TIMEKEEPER TIME SUMARY

| | | | |
|---|---|---|---|
| SCHUYLER CARROLL | .2 | at $730.00 = | 146.00 |
| HEIKE M. VOGEL | 2.5 | at $520.00 = | 1,300.00 |
| TOTALS | 2.7 | | 1,446.00 |

SUBTOTAL FOR THIS MATTER $1,446.00

(00019) MATTER NUMBER
RE: Chapter 5 Litigation, Collection and Investigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH: APRIL 30, 2010

| Date | Timekeeper | | Hours | Value |
|---|---|---|---|---|
| 03/01/10 | AB BLANKLEY | E-mails with Jane Mitnick, Michael Seidl, Jeff Dulberg re bill of sale and check address. | .2 | 88.00 |
| 03/15/10 | HM VOGEL | Review of internal correspondence re status of preference claims and possible strategies moving forward. | .2 | 104.00 |
| 03/23/10 | HM VOGEL | Multiple correspondence with RMS and CBIZ re preference actions, status and strategy moving forward. | .6 | 312.00 |
| 03/23/10 | HM VOGEL | Follow up with Schuyler Carroll re filing of preference complaints by local counsel and strategy moving forward and review of Court docket re same. | .3 | 156.00 |
| 03/25/10 | HM VOGEL | Review and analyze correspondence and preference analysis provided by Ken Knuckey and respond with further questions re same. | .6 | 312.00 |
| 03/29/10 | HM VOGEL | Telephone conference with Brian Ryniker re information and analysis available for preference claims and strategy moving forward. | .3 | 156.00 |
| 03/29/10 | HM VOGEL | Review of multiple correspondence with RMS and CBIZ re preference analysis and strategy moving forward. | .4 | 208.00 |
| 04/14/10 | HM VOGEL | Multiple correspondence with Elizabeth Plank, Brian Ryniker re status of preference actions and review of detailed chart with respect to same. | .7 | 364.00 |
| 04/16/10 | HM VOGEL | Review of correspondence from Elizabeth Plank and Brian Ryniker re status of preference actions. | .6 | 312.00 |
| 04/22/10 | HM VOGEL | Correspondence with Kenneth Knuckey re status of several adversary proceedings and strategy moving forward. | .8 | 416.00 |
| 04/26/10 | HM VOGEL | Multiple correspondence with Kenneth Knuckey re possible strategies to settle certain preference actions. | .9 | 468.00 |
| 04/29/10 | HM VOGEL | Telephone call to K. Knuckey re latest settlement proposal and strategy moving forward. | .1 | 52.00 |
| 04/29/10 | HM VOGEL | Telephone conference with K. Knuckey re two settlement offers and strategy moving forward. | .3 | 156.00 |

CURRENT FEES 3,104.00

TIMEKEEPER TIME SUMARY

| Timekeeper | Hours | | Rate | Amount |
|---|---|---|---|---|
| HEIKE M. VOGEL | 5.8 | at | $520.00 = | 3,016.00 |
| ADRIENNE W. BLANKLE | .2 | at | $440.00 = | 88.00 |
| TOTALS | 6.0 | | | 3,104.00 |

SUBTOTAL FOR THIS MATTER $3,104.00

(00022) MATTER NUMBER
RE: Fee Applications

FOR PROFESSIONAL SERVICES RENDERED THROUGH: APRIL 30, 2010

| Date | Timekeeper | | Hours | Value |
|---|---|---|---|---|
| 03/05/10 | NA CONSTANTINO | Review proposed fee order and confirm AF numbers are correct. | .3 | 79.50 |
| 03/11/10 | HM VOGEL | Begin to review and revise Arent Fox February invoice in preparation of submitting same. | .2 | 104.00 |
| 03/17/10 | HM VOGEL | Review of Pachulski's fee application and correspondence with local counsel with respect to same. | .7 | 364.00 |
| 03/18/10 | HM VOGEL | Review and analyze Pachulski's 4th quarterly fee application and e-mail local counsel with respect to same. | .5 | 260.00 |
| 03/19/10 | NA CONSTANTINO | Update status chart with filed CNOs to December, January & fourth quarterly fee applications. | .3 | 79.50 |
| 04/07/10 | HM VOGEL | Correspondence with regard to fee application hearing and strategy moving forward. | .2 | 104.00 |
| 04/08/10 | HM VOGEL | Review and revise Arent Fox March invoice in preparation of filing same with the Court. | .8 | 416.00 |
| 04/15/10 | HM VOGEL | Follow up with Nova Constantino re status of filing of monthly fee application and strategy moving forward. | .3 | 156.00 |
| 04/15/10 | NA CONSTANTINO | Work on draft of February fee application. | .4 | 106.00 |
| 04/16/10 | NA CONSTANTINO | Work on draft of February fee application. | .8 | 212.00 |
| 04/16/10 | NA CONSTANTINO | Finalize February fee application and forward to local counsel for filing. | .3 | 79.50 |
| 04/16/10 | HM VOGEL | Review, analyze and revise monthly fee application and coordinate with Nova Constantino the filing of same. | .6 | 312.00 |
| 04/19/10 | LA INDELICATO | Memo to Accounting regarding filing deadlines for fee statements/applications. | .1 | 27.00 |
| 04/21/10 | HM VOGEL | Follow up with Nova Constantino re filing March fee application with Court. | .2 | 104.00 |
| 04/22/10 | HM VOGEL | Coordinate filing of Arent Fox monthly fee application | .3 | 156.00 |
| 04/22/10 | NA CONSTANTINO | Upload filed February fee application and update status chart. | .2 | 53.00 |
| 04/23/10 | HM VOGEL | Begin to review and revise March invoice in preparation for filing same with Court. | .8 | 416.00 |

CURRENT FEES 3,028.50

TIMEKEEPER TIME SUMARY

| Timekeeper | Hours | | Rate | Amount |
|---|---|---|---|---|
| HEIKE M. VOGEL | 4.6 | at | $520.00 = | 2,392.00 |
| LISA INDELICATO | .1 | at | $270.00 = | 27.00 |
| NOVA A. CONSTANTINO | 2.3 | at | $265.00 = | 609.50 |
| TOTALS | 7.0 | | | 3,028.50 |

SUBTOTAL FOR THIS MATTER $3,028.50

SUMMARY OF CHARGES

| | |
|---|---|
| **TOTAL FOR: DUPLICATING SUMMARY** | **14.40** |
| **TOTAL FOR: OTHER DATABASE SEARCH** | **36.19** |
| **TOTAL FOR: ELECTRONIC DOCUMENT DATABASE** | **40.00** |
| **TOTAL FOR: OVERTIME MEALS & CABS** | **110.58** |
| **TOTAL FOR: TAXICABS** | **379.03** |
| **TOTAL FOR: OVERNIGHT DELIVERY** | **10.41** |
| **TOTAL FOR: MEALS** | **12.10** |
| **TOTAL FOR: OUT-OF-TOWN TRANSPORTATION** | **1,885.90** |
| **TOTAL FOR: OUT OF TOWN LODGING** | **427.93** |
| **TOTAL FOR: OUT-OF-TOWN MEALS** | **30.82** |

| | Area of Expertise, Year Admitted | Hours | Rate($) | Amount($) |
|---|---|---|---|---|
| **PARTNER** | | | | |
| SCHUYLER CARROLL | BR, 1993 (NY) | 44.80 | 730.00 | 32,704.00 |
| **ASSOCIATES** | | | | |
| HEIKE M. VOGEL | BR, 2000 (NJ), 2001 (NY) | 67.40 | 520.00 | 35,048.00 |
| ADRIENNE W. BLANKLEY | BR, 2005 (NY) | 4.80 | 440.00 | 2,112.00 |
| **PARAPROFESSIONALS** | | | | |
| LISA INDELICATO | BR | 4.00 | 270.00 | 1,080.00 |
| NOVA A. CONSTANTINO | | 3.50 | 265.00 | 927.50 |
| | | **124.50** | | **71,871.50** |

**Blended Rate: 577.28**

BF: Banking and Finance
BR: Bankruptcy and Reorganization
CORP: Corporate
EMPL: Employment Law
HEALTH: Health Law
INTL: International Law
LDR: Litigation Dispute Resolution
RE: Real Estate

| | |
|---|---|
| CURRENT CHARGES FOR ALL MATTERS | 2,947.36 |
| CURRENT FEES FOR ALL MATTERS | 71,871.50 |
| TOTAL AMOUNT OF THIS INVOICE | $74,818.86 |

ARENT FOX LLP
1050 Connecticut Ave., N.W.
Washington, D.C 20036-5339
Telephone: (202) 857-6000 Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923


eToys Direct 1, LLC - Official Committee of Unsecured Creditors

Invoice Number 1253363
Invoice Date 05/20/10
Client Number 031193

---

## - - REMITTANCE COPY - -

## PLEASE SEND WITH CHECK

**TOTAL AMOUNT OF THIS INVOICE** **$74,818.86**

**PLEASE REMIT PAYMENT BY CHECK TO THE FOLLOWING ADDRESS:**

Arent Fox LLP
P.O. Box 758670
Baltimore, Maryland 21275

**WIRING INSTRUCTIONS (if applicable):**

| | |
|---|---|
| Bank: | Wachovia Bank, NA |
| Address: | Roanoke, VA |
| ABA#: | 051400549 |
| SWIFT CODE: | PNBPUS33 (for international use) |
| Account #: | 2065204060070 |
| Beneficiary Name: | Arent Fox LLP |
| Beneficiary Address: | 1050 Connecticut Ave., NW<br>Washington, DC 20036 |

Please reference the following:

| | |
|---|---|
| Client # | 031193 |
| Client Name | eToys Direct 1, LLC - Official Committee of Unsecur |
| Invoice Number | 1253363 |

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.

# EXHIBIT B

**EXPENSE SUMMARY**
**MARCH 1, 2010 THROUGH APRIL 30, 2010**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Database Search | PACER | $36.19 |
| Duplicating | | $14.40 |
| Electronic Database | | $40.00 |
| Out-of-Town Lodging | Doubletree Hotel | $427.93 |
| Out-of-Town Meals | | $30.82 |
| Out-of-Town Transportation | Continental Airlines, Amtrak | $1,885.90 |
| Overnight Delivery | | $10.41 |
| Overtime Meals | | $122.68 |
| Taxicabs | | $379.03 |
| **TOTAL** | | **$2,947.36** |

# EXHIBIT C

# WHITEFORD, TAYLOR & PRESTON L.L.C.

1220 N. MARKET STREET, SUITE 608
WILMINGTON, DE 19801

MAIN TELEPHONE (302) 353-4144
FACSIMILE (302)-661-7950
FEDERAL ID# 52-0619214

BALTIMORE, MD*
COLUMBIA, MD*
FALLS CHURCH, VA*
TOWSON, MD*
WASHINGTON, DC*
WILMINGTON, DE

WWW.WTPLAW.COM
(800) 987-8705

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF ETOYS
C/O STEVEN D. SASS, ESQ.
RECEIVABLE MANAGEMENT SERVICES
307 INTERNATIONAL CIRCLE, SUITE 270
HUNT VALLEY, MD 21030

Invoice Number 6115242
Invoice Date 04/07/10
Client Number 085297
Matter Number 00001
Page 1

Re: ETOYS DIRECT 1, LLC

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | | Amount | |
|---|---|---|---|---|
| 03/31/10 | FEDERAL EXPRESS | | 19.51 | |
| 03/31/10 | POSTAGE | | 33.80 | |
| 02/18/10 | FILING FEE FILING FEE - US BANK COURTS/USBC - DE - ADVERSARY COMPLAINTS | 250.00 | | |
| 02/19/10 | FILING FEE FILING FEE - US BANK COURTS/USBC - DE - ADVERSARY COMPLAINTS | 2,000.00 | | |
| 02/19/10 | FILING FEE FILING FEE - US BANK COURTS/USBC - DE - ADVERSARY COMPLAINTS | 1,000.00 | | |
| 02/22/10 | FILING FEE FILING FEE - US BANK COURTS/USBC - DE - ADVERSARY COMPLAINTS | 1,500.00 | | |
| 02/23/10 | FILING FEE FILING FEE - US BANK COURTS/USBC - DE - ADVERSARY COMPLAINTS | 1,250.00 | | |
| | TOTAL FILING FEE | | 6,000.00 | |
| | CURRENT EXPENSES | | $ | 6,053.31 |

TOTAL AMOUNT OF THIS INVOICE $ 6,053.31

*Whiteford, Taylor and Preston L.L.C. is a limited liability company. Our offices outside of Delaware operate under a separate Maryland limited liability partnership, Whiteford, Taylor & Preston L.L.P.*

WHITEFORD, TAYLOR & PRESTON L.L.C.

1220 N. MARKET STREET, SUITE 608
WILMINGTON, DE 19801

MAIN TELEPHONE (302) 353-4144
FACSIMILE (302)-661-7950
FEDERAL ID# 52-0619214

BALTIMORE, MD•
COLUMBIA, MD•
FALLS CHURCH, VA•
TOWSON, MD•
WASHINGTON, DC•
WILMINGTON, DE

WWW.WTPLAW.COM
(800) 987-8705

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF ETOYS
C/O STEVEN D. SASS, ESQ.
RECEIVABLE MANAGEMENT SERVICES
307 INTERNATIONAL CIRCLE, SUITE 270
HUNT VALLEY, MD 21030

| | |
|---|---|
| Invoice Number | 6115242 |
| Invoice Date | 04/07/10 |
| Client Number | 085297 |
| Matter Number | 00001 |

RE: (00001) ETOYS DIRECT 1, LLC

FOR PROFESSIONAL SERVICES RENDERED THROUGH 3/31/10:

| | | |
|---|---|---|
| TOTAL EXPENSES | $ | 6,053.31 |
| TOTAL AMOUNT OF THIS INVOICE | $ | 6,053.31 |
| TOTAL BALANCE DUE | $ | 6,053.31 |

***PAYMENT TERMS***

**Invoice Due Upon Receipt**

***To remit by wire transfer***
*Account Name: Whiteford, Taylor & Preston Operating Account*
*Bank: Wachovia, NA*
*1300 I St NW, 11th Floor West Tower*
*Washington, DC 20005*
*Account #: 2000026604175*
*ABA#: 055003201*
*Additional Info: Please Include invoice number on wire transfer*

***To pay by Credit Card***
*Please call 1-888-570-8960*
*We accept Visa MasterCard & American Express*

***To pay by check***
*Make Check Payable to Whiteford, Taylor & Preston*
*Remit to 7 St. Paul St., Baltimore, MD 21202*

Whiteford, Taylor and Preston L.L.C. is a limited liability company. Our offices outside of Delaware operate under a separate Maryland limited liability partnership, Whiteford, Taylor & Preston L.L.P.

# WHITEFORD, TAYLOR & PRESTON L.L.C.

1220 N. MARKET STREET, SUITE 608
WILMINGTON, DE 19801

MAIN TELEPHONE (302) 353-4144
FACSIMILE (302)-661-7950
FEDERAL ID# 52-0619214

BALTIMORE, MD*
COLUMBIA, MD*
FALLS CHURCH, VA*
TOWSON, MD*
WASHINGTON, DC*
WILMINGTON, DE

WWW.WTPLAW.COM
(800) 987-8705

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF ETOYS
C/O STEVEN D. SASS, ESQ.
RECEIVABLE MANAGEMENT SERVICES
307 INTERNATIONAL CIRCLE, SUITE 270
HUNT VALLEY, MD 21030

| | |
|---|---|
| Invoice Number | 6115242 |
| Invoice Date | 04/07/10 |
| Client Number | 085297 |
| Matter Number | 00001 |

RE: (00001) ETOYS DIRECT 1, LLC

FOR PROFESSIONAL SERVICES RENDERED THROUGH 3/31/10:

| | | |
|---|---|---|
| TOTAL EXPENSES | $ | 6,053.31 |
| TOTAL AMOUNT OF THIS INVOICE | $ | 6,053.31 |
| TOTAL BALANCE DUE | $ | 6,053.31 |

***PAYMENT TERMS***
**Invoice Due Upon Receipt**

*To remit by wire transfer:*
*Account Name: Whiteford, Taylor & Preston Operating Account*
*Bank: Wachovia, N.A.*
*1300 I St NW, 11th Floor West Tower*
*Washington, DC 20005*
*Account #: 2000026604475*
*ABA#: 055003201*
*Additional Info: Please Include invoice number on wire transfer*

*To pay by Credit Card*
*Please call 1-888-570-8960*
*We accept Visa MasterCard & American Express*

*To pay by check*
*Make Check Payable to Whiteford, Taylor & Preston*
*Remit to 7 St. Paul St., Baltimore, MD 21202*

**REMITTANCE COPY**

*Whiteford, Taylor and Preston L.L.C. is a limited liability company. Our offices outside of Delaware operate under a separate Maryland limited liability partnership, Whiteford, Taylor & Preston L.L.P.*