# EXHIBIT B

# [Notice]

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| eTOYS DIRECT 1, LLC, et al.,[1] | ) | Case No. 08-13412(BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. _____ |

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING JOINT PLAN OF LIQUIDATION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE (B) FIXING OF DEADLINE TO ASSERT CERTAIN CLAIMS**

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. **Notice of Entry of Final Order Confirming the Plan and Effective Date.** The post-confirmation debtors in the above-captioned bankruptcy cases (the "Debtors") hereby give notice that, on August __, 2010 (the "Confirmation Date"), the Honorable Brendan L. Shannon, United States Bankruptcy Judge, entered an order [Docket No. ___] (the "Confirmation Order") confirming the *Joint Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Pursuant to Chapter 11 of the Bankruptcy Code* (the "Plan"). The Plan became effective on _____, 2010 (the "Effective Date"). Unless otherwise defined in this Notice, capitalized terms and phrases used herein have the meanings set forth in the Plan.

2. **Injunctions.** All injunctions provided for under the Plan and Confirmation Order are now in full force and effect.

3. **Deadline for Filing Professional Fee Claims.** All final requests for compensation or reimbursement of the fees of any professional employed in the Debtors' cases pursuant to Sections 327 or 1103 of the Bankruptcy Code or otherwise, including the professionals seeking compensation or reimbursement of costs and expenses relating to services performed after the Petition Date and prior to and including the Effective Date in connection with these cases, pursuant to sections 327, 328, 330, 331, 503(b) or 1103 of the Bankruptcy Code for services rendered to the Debtors (each a "Professional") shall be filed and served on the Debtors and their undersigned counsel by **not later than [45 days from Effective Date]** (the "Professional Fee

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: eToys Direct 1, LLC (N/A); The Parent Company (7093); BabyUniverse, Inc. (7990); Dreamtime Baby, Inc. (8047); eToys Direct, Inc. (7296); PoshTots, Inc. (8660); eToys Direct 2, LLC (N/A); eToys Direct 3, LLC (N/A); Gift Acquisition, L.L.C. (0297); and My Twinn, Inc. (1842). The address for each of the Debtors is 717 17th Street, Suite 1300, Denver, CO 80202, with the exception of PoshTots, Inc., the address for which is 5500 Cox Road, Suite M, Glenn Allen, VA 23060.

Bar Date"). The procedures for processing final requests for compensation or reimbursement of the fees of any Professional are set forth in the Plan. If a Professional or other entity does not submit a request for payment of an administrative expense on account of services rendered to the Debtors' estates on or before the Professional Fee Bar Date, such Entity shall be forever barred from seeking payment of such administrative expense from the Debtors.

4. **Deadline for Filing Administrative Claims.** All requests for payment of an unpaid Administrative Claim against the Debtors arising on or after May 15, 2009, through the Effective Date shall be filed with the Bankruptcy Court and served on the United States Trustee and counsel for the Debtors at the addresses set forth below by **not later than [30 days following Effective Date]** (the "Administrative Claims Bar Date").

5. **Deadline for Filing Certain Claims Arising from Rejection of Unexpired Leases and/or Executory Contracts.** All proofs of claim with respect to Claims arising from the rejection of executory contracts or unexpired leases pursuant to Confirmation of the Plan, if any, must be Filed with the Claims Agent by **not later than [30 days following Effective Date].**

6. **Copies of Plan and Confirmation Order.** Any party-in-interest who wishes to obtain a copy of the Plan, Exhibits to the Plan, or Confirmation Order may view and download such documents at http://www.deb.uscourts.gov or may do so at the office of the Clerk, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3d floor, Wilmington, Delaware 19801.

Dated: _____, 2010

[Signature Block of Counsel]